UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 3:24-cr-221-TJC-MCR
      18 U.S.C. § 875(c)
NATHANIEL JAMES HOLMES    (Threat to Injure)
  a/k/a "ashkeNAZI_Covid_Connection"

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Threat to Injure)

On or about October 9, 2024, in the Middle District of Florida, and elsewhere, the defendant,

NATHANIEL JAMES HOLMES,
a/k/a "ashkeNAZI_Covid_Connection,"

did knowingly transmit in interstate commerce and foreign commerce a communication containing a threat to injure the person of another, that is, a threat to kill VICTIM ONE and stab VICTIM ONE's "kike nigger kids to death," with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat.

In violation of 18 U.S.C. § 875(c).

## COUNT TWO
(Threat to Injure)

On or about October 10, 2024, in the Middle District of Florida, and elsewhere, the defendant,

**NATHANIEL JAMES HOLMES,**
a/k/a "ashkeNAZI_Covid_Connection,"

did knowingly transmit in interstate commerce and foreign commerce a communication containing a threat to injure the person of another, that is, a threat to murder VICTIM TWO, with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat.

In violation of 18 U.S.C. § 875(c).

## COUNT THREE
(Threat to Injure)

On or about October 11, 2024, in the Middle District of Florida, and elsewhere, the defendant,

**NATHANIEL JAMES HOLMES,**
a/k/a "ashkeNAZI_Covid_Connection,"

did knowingly transmit in interstate commerce and foreign commerce a communication containing a threat to injure the person of another, that is, a threat to kill VICTIM THREE, with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat.

In violation of 18 U.S.C. § 875(c).

## COUNT FOUR
(Threat to Injure)

On or about October 16, 2024, in the Middle District of Florida, and elsewhere, the defendant,

NATHANIEL JAMES HOLMES,
a/k/a "ashkeNAZI_Covid_Connection,"

did knowingly transmit in interstate commerce and foreign commerce a communication containing a threat to injure the person of another, that is, a threat to "kill" Jewish and African-American people, with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
MICHAEL J. COOLICAN
Assistant United States Attorney

By: *[signature]* For
DANIEL J. MARCET
Assistant United States Attorney
Chief, National Security Section

4

FORM OBD-34
10/24/24 Revised

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

NATHANIEL JAMES HOLMES
a/k/a "ashkeNAZI_Covid_Connection"

## INDICTMENT

Violations: 18 U.S.C. § 875(c)



Filed in open court this 24th day of October, 2024.

_____
Clerk

Bail  $_____

GPO 863 525