UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 3:24-cr- 221-TJC-MCR

NATHANIEL JAMES HOLMES
   a/k/a "ashkeNAZI_Covid_Connection"

## ORDER

The Motion for Capias filed herein by the United States of America is hereby

GRANTED, and a capias shall issue for the Defendant. The conditions for the

Defendant's release or detention shall be set by the proper judicial officer upon arrest.

DONE AND ORDERED at Jacksonville, Florida, this 24th day of October,

2024.

_____
United States Magistrate Judge

Copies to:

United States Attorney Michael J. Coolican
United States Marshal