**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:24-cr-221-TJC-MCR

NATHANIEL JAMES HOLMES

## ORDER OF RECUSAL

The undersigned Senior Judge hereby recuses himself from further proceedings in this action. The Clerk shall randomly reassign this case to another district judge.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of November, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

tl.
Copies:
Counsel of record