AO 442 (Rev. 10/24/24) Arrest

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>NATHANIEL JAMES HOLMES<br>a/k/a "ashkeNAZI_Covid_Connection"<br><br>_Defendant_ | )<br>)  Case No. 3:24-cr-221-TJC-MCR<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested),_   NATHANIEL JAMES HOLMES, a/k/a "ashkeNAZI_Covid_Connection"

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  Threat to injure, in violation of 18 U.S.C. § 875(c).

Date: 10/24/2024

_Issuing officer's signature_

City and state:   Jacksonville, Florida

ELIZABETH WARREN, Clerk, United States District Court
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 10/24/24, and the person was arrested on _(date)_ 11/01/24
at _(city and state)_ 1257 Soaring Flight Way Jacksonville, FL

Date: 11/01/24

_Arresting officer's signature_

Special Agent Jayme Brown
_Printed name and title_