# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                 CASE NO. 3:24-cr-221-HES-MCR

NATHANIEL JAMES HOLMES

_____/

Defense Atty.: KATHRYN E SHELDON
AUSA: MICHAEL COOLICAN

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | February 11, 2025 11:37 AM – 11:59 AM 22 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL | DANIEL DUMPIT |

## CLERK'S MINUTES

**PROCEEDINGS:       Competency Hearing**

Dr. Lacie L. Biber, Psy.D. appeared via Zoom for the hearing.

Dr. Biber placed under oath questioned by Ms. Sheldon and Mr. Coolican.

The Government's Exhibits 1 and 2 identified and admitted in as evidence under seal.

Mr. Coolican requested the Court adopt the Report submitted by Dr. Biber and asked to have the defendant undergo an additional competency examination to be done locally.

Judge Richardson granted the request and directed Mr. Coolican to prepare a proposed order for the examination.