UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                    Case No. 3:24-cr-221-HES-MCR

**NATHANIEL HOLMES**
_____

### UNOPPOSED MOTION TO STAY ORDER COMMITTING DEFENDANT TO ATTORNEY GENERAL

The Defendant, **Nathaniel Holmes**, by and through his undersigned attorney, files this Unopposed Motion to stay the Order committing him to the custody of the Attorney General and states the following:

1. Mr. Holmes was arrested on November 1, 2024, pursuant to a four count Indictment alleging he made online threats against public officials.

2. During that hearing, both the Government and Defense moved the court for an order committing Mr. Holmes to the custody of the Attorney General for a competency evaluation pursuant to 18 U.S.C. § 4241. (Doc 17.).

3. On February 11, 2025, the Court heard testimony from Dr. Biber regarding Mr. Holmes' competency. Mr. Holmes was

      determined to be incompetent to proceed by this honorable Court, and was committed to the Attorney General for restoration, but the Court also ordered an additional competency hearing be performed locally by Dr. Alan Harris (Doc. 25).

4. Counsel has received Dr. Harris' report opining that the Defendant is competent to proceed.

5. Defendant requests this court stay the Order committing Mr. Holmes to the Attorney General to ensure that he is not transported to the Bureau of Prisons prior to the competency hearing currently scheduled for April 8, 2025, at 11:30 a.m.

6. Michael Coolican, AUSA, has no objection to this motion.

## MEMORANDUM OF LAW

The Court may stay an order pursuant to Federal Rule of Criminal Procedure 38.

**WHEREFORE**, Counsel requests that this Honorable Court stay the Order committing Mr. Holmes to the custody of the Attorney General until further determinations are made about the Defendant's competency.

Dated: March 31, 2025.

                                               A. Fitzgerald Hall, Esq.
                                               Federal Defender, MDFL

                                             */s/ Kathryn Sheldon*
                                             Kathryn Sheldon, Esquire
                                             Assistant Federal Defender
                                             Fla Bar Number 1019538
                                             200 West Forsyth Street
                                             Suite 1240
                                             Jacksonville FL 32202
                                             Telephone: 904-232-3039
                                             Facsimile: 904-232-1937
                                             Kathryn_sheldon@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that undersigned electronically filed the foregoing *Motion to Stay* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this the 31st day of March 2025.

/s/*Kathryn Sheldon, Esquire*
Assistant Federal Defender