# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO. 3:24-cr-221-HES-MCR

NATHANIEL JAMES HOLMES

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion to Stay Order Committing Defendant to Attorney General (Doc. 30) filed March 31, 2025. The Motion seeks to have the Order entered by the undersigned on February 18, 2025 (Doc. 25) stayed. In the Order, the United States Marshal Service was directed to transport the defendant to a facility with the Bureau of Prisons to undergo further mental health treatment. However, the defendant was directed to undergo an additional mental health evaluation by Dr. Harris before transport.

On April 8, 2025, a competency hearing is scheduled before the Court. Ms. Sheldon indicates in her Motion that Dr. Harris has found the defendant competent to stand trial. Therefore, the defendant's appearance will be required at the hearing.

It is **ORDERED**:

1. The Defendants' Unopposed Motion to Stay Order Committing Defendant to Attorney General (Doc. 30) is **GRANTED**.

2. The United States Marshal Service is directed not to transport the defendant until instructed by the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 2nd day of April, 2025.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Marshal Service