## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                        CASE NO. 3:24-cr-221-HES-MCR

NATHANIEL JAMES HOLMES

_____/

Defense Atty.: KATHRYN E SHELDON
AUSA: MICHAEL COOLICAN
KELLY MILLIRON

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | April 8, 2025<br>11:28 AM – 12:20 PM<br>52 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL | DANIEL DUMPIT |

### CLERK'S MINUTES

**PROCEEDINGS:**      **COMPETENCY HEARING, INITIAL APPEARANCE, AND ARRAIGNMENT**

### COMPETENCY HEARING
Mr. Coolican presented his position regarding the report submitted by Dr. Harris.

Government's Exhibit 1 identified and admitted as evidence.

Ms. Sheldon presented her position regarding the report submitted Dr. Harris.

Based on the findings in Dr. Harris's report, Judge Richardson found the defendant competent to stand trial. **ORDER TO ENTER**.

## ARRAIGNMENT

The defendant was advised of rights, charges, penalties and special assessment.

Defendant entered a plea of not guilty to Counts One, Two, Three, and Four of the Indictment.

Discovery motions, Dispositive motions, motions for district judge, and motions to suppress to be filed by: April 22, 2025.

Status Conference: May 21, 2025, before the Honorable Harvey E. Schlesinger.

Trial term commencing: June 2, 2025, before the Honorable Harvey E. Schlesinger.

## DETENTION HEARING

Mr. Coolican requested the Court detain the defendant pending trial.

Oral argument by Mr. Coolican in support of his request for detention.

Government's Exhibit 2  identified and admitted as evidence without objection from Ms. Sheldon.

Oral argument by Ms. Sheldon in opposition of detention.

Proposed third-party custodian: Chad Turner was placed under oath and questioned by counsel.

Judge Richardson found that the defendant is a danger to the community and ordered him detained pending trial. **ORDER TO ENTER**.

Oral motion by Ms. Sheldon to seal Dr. Harris's report was granted by Judge Richardson.


Filed in Open Court:
        Notice of Acceptance of General Discovery