

**The ashkeNAZI Connection - X -** @ashkeNAZI_Covid_Connection ···
Sep 3rd 2024 · 🌎 · 💊 Red Pill · Edited

ashkeNAZIS are the real terrorist Nazis - _ true, epic level, **ashkeNazi, pedo-homo-Jew DNA nigger quality...**

**Candace needs a courage award, that woman knows how to bellow the truth - strong ..**

-||-

⚡ proceed to maximum ownage...Truth for once - fellow, retarded, animals . ..

👽 yo niggy Elon, why am I banned on X, yet you send me a personal message apologizing for me dying after I got my heart clipped - hah - dude, what in the literal fuck` are you morons doing? I smell a shit beyond imagination with regards to Earth's management and E.T. connections - you all are a total, bat shit, fucked up mess beyond anything comprehendible.

**How could you all let things get this utterly fucked up you animals, and yet you continue to make things worse globally - you do realize everyone wants you kikes dead correct?**

**THERE IS NO PRIZE AT THE END OF BEING A DUMB FUCKING CUNT DURING A DNA CO-EXISTENCE MODEL - ALL YOU GET FROM REAL E.T.S - E.T.S THAT DON'T GIVE FUCKING SHIT ABOUT CONTAINERS, IS A HIDDEN CONTAINER CONSCIOUSNESS SLAP` RIGHT OUT OF YOUR GODDAMN CONTAINERS - BIRTHED OR NOT - NOBODY GIVES A FUCKING SHIT ABOUT YOU KIKES.**

**DNA IS FOR SCRUB RETARDS TRYING TO CYCLE BUFF THEIR SPIRIT, BECAUSE THEY'RE ADOLESCENT REGARDING EVOLUTION - STUPID KIKE TERRORIST PARASITES. ashkeNazi Jews prey upon lower consciousness beings, beings that were birthed in hopes of having a normal life, away and free from terrorist ashkeNazis.**

**Remove Jews or they're going to remove you - dumb goy.**

**Seriously, off planet - you kikes are hunted in a real ocean - dead on sight - for literal eternity - sorry to inform you of the truth - good luck** 👽👽💥

loc

connecting...

watching Candy Candace Owens -

-|-

**-=Candy sits on toilet - Dynamic Disco Prism Piss=-**

**[isRAel did 9/11] Thank you Tucker for mentioning the fire bombing of Dresden, that was utter, complete, and total holocausting of Germans by ashkeNazi Jews with the help of communist subverted Jewmerica.**

**Jews holocausted Germans, Germans never, ever, holocausted Jews; that's an ashkeNazi Jewish lie.**

**Hitler is correct,**

AshkeNazi Rothschilds etc. are responsible for WW1 and WW2 - stop supporting anything ashkeNazi, or anything dumb enough to be Jewish - Jewish identity is 100% bullshit false that doesn't have anything to do with DNA.

You Jews are a lie, a false existence...your entire Jewish existence is a lie, and all you kikes do as a reflection of what you are, is lie everywhere you go - you holocaust lying, terrorist kikes.

Jews holocausted Germans - fact.

Jews never holocausted ashkeNazis, and/or "Jews" or Jude, or Juden - it never happended kikes - pedo-rapist Donald J. Trump pushing 6 million Jewish lies, that ultra fat, fake orange, DNA slave bitch nigger - you're a garbage actor Trump, you fake Jew puppet scum bag pedo-rapist. Only slave, smooth brained idiots give you anything other than a noose to hang your death vaxxing, boy raping, loser Judaism converting, faggot kike terrorist ass kisser, homosexual, boy rapist just like George W. Bush, who helped plan 9/11 by the way - fools - wake up and take your planet back from ashkeNazi Jew terrorists.

Get rid of all Jewish systems of power (they are stolen from you!), starting with anything financial - do it. Jews well poisoned their way to power and have stolen your land **(don't pay your property taxes and the Jew-communist Federal Bureau of IsRAel (FBI) takes your property and throws you in jail - America has been subverted by ashkeNazi Jewish communist, terrorists. If you pay taxes on property you are supposed to own, then it's being rented from ashkeNazi Jewish bankers such as the Rothschild banking crime mafia.**

**Property taxes on owned property is ashkeNazi Jewish communism, asset stripping you of your**

**Property taxes on owned property is ashkeNazi Jewish communism, asset stripping you of your land. GET RID OF YOUR JEWISH INFESTATION AND TAKE YOUR LAND OWNERSHIP BACK - YOU ARE RENTING PROPERTY IN AMERICA FROM COMMUNIST, JEWISH, TERRORISTS - YOU DO NOT OWN YOUR HOME, YOU RENT IT IF YOU PAY COMMUNIST JEW TAXES ON IT.**

**🇩🇪Boycott all Jewish products and all Jewish businesses 🏴‍☠️-🏴‍☠️ ashkeNazi Jews do this to humans daily, financially harassing and ruining Americans and others, stealing money from Truth Jew namers such as African American Ye.🇩🇪**

**Get Jews out of your countries, get Jews out of your media - Jews are a literal, global, plague on humanity and Earth - everyone is sick of these Goddamn kikes - end these mother fuckers already, we're all sick of them 👽👽👽**

**Covid19 is ashkeNazi Jewish terrorism - fact, truth or die kikes - pistol disco - condition 1.**

Never, ever, vote for a Jew; they are terrorist, communist, homosexual, pedophile, goyim (only non-Jews) child murdering, terrorist, well poisoners. Not that voting matters, your vote never has mattered. AshkeNazi Jews rig and steal elections globally, including America aka Jewmerica.

*It's true, ask anyone at CIA if America's elections are legitimate - they laugh at all of you as you bitch, moan, complain, and never name the Jew like a blind idiot.* You have to name the Jew if you want any semblance of change, any new freedoms - you slave animals, your place is off planet, that is where life begins ..

**Earth is a garbage den for animals, ruined by ashkeNazi Jews, get rid of them,**
**or they'll get rid of you_**

**🇩🇪 [ ASHKENAZI JEWS ARE SEXUAL TERRORISTS - LITERALLY ]**

**REJECT JEWISH HOMOSEXUALITY**

**🇩🇪 [ ASHKENAZI JEWS ARE SEXUAL TERRORISTS - LITERALLY ]**

**REJECT JEWISH HOMOSEXUALITY**

**🇩🇪 [ ASHKENAZI JEWS ARE SEXUAL TERRORISTS - LITERALLY ]**

**REJECT JEWISH HOMOSEXUALITY**

**👽-=EVOLVE=-👽**

*It's true, ask anyone at CIA if America's elections are legitimate - they laugh at all of you as you bitch, moan, complain, and never name the Jew like a blind idiot.* You have to name the Jew if you want any semblance of change, any new freedoms - you slave animals, your place is off planet, that is where life begins ..

**Earth is a garbage den for animals, ruined by ashkeNazi Jews, get rid of them,
or they'll get rid of you_**

**💻 [ ASHKENAZI JEWS ARE SEXUAL TERRORISTS - LITERALLY ]**

**REJECT JEWISH HOMOSEXUALITY**

**💻 [ ASHKENAZI JEWS ARE SEXUAL TERRORISTS - LITERALLY ]**

**REJECT JEWISH HOMOSEXUALITY**

**💻 [ ASHKENAZI JEWS ARE SEXUAL TERRORISTS - LITERALLY ]**

**REJECT JEWISH HOMOSEXUALITY**

🌱-=EVOLVE=-🌱

**Homosexual, ashkeNazi pedo-Jews are now pushing homosexuality in JewTube advertising** - literally men kissing in advertising - being transmitted to young impressionalbe minds - ashkeNazi Jews want to rape your kids!

**You disgusting kikes are so annoying, you ruin perfectly good DNA, not polarity poisoned like you homosexual, ugly inside and out kikes.**

Your spirits are disgusting ashkeNazis, you are disgusting beyond all imagination - and you need to be permanently removed - your DNA permanently banned from existence.

**Nobody wants your ashkeNazi Jewish, homosexual DNA defunct garbage virus.**

**European DNA is fine without your Goddamn, ashkeNazi, Jewish, degenerate, backwards evolution - shit asshole worshiping,** GODDAMN ANIMALS. DUMP YOUR RELIGION KIKES SO YOU CAN LEARN HOW TO HAVE A SPIRIT - FOR ONCE - stupid fucking DNA nigger vermin.



**The ashkeNAZI Connection - X -** @ashkeNAZI_Covid_Connection ...

Oct 8th 2024 · 🌏 · 💊 Red Pill · Edited

**🇩🇪Elon Musk🇩🇪 - HOLOCAUST LIAR - TERRORIST JEWISH IDENTITY DODGER - REMOTE KILLER OF LOYAL AMERICANS A.K.A. ME:**

I wake up Elon and the very first thought is ... legally killing all of you fucking kike vermin terrorist Jews.

I woke up Elon, and we know all the nigger tech. you abuse - killing loyal Americans such as myself Elon, all you kikes are going to get it - even you:

💀

**💀💀💀TERRORIST JEW 💀💀💀🔯Alejandro Mayrokas🔯💀💀💀 - especially you, you fucking RACIST JEW terrorist kike, KILLING AMERICANS OF EUROPEAN DESCENT WITH JEWISH RACIAL REPLACEMENT OF EUROPEANS AND EURO-AMERICANS** - faggot ass kike pedo-Jew parasite, **weather terrorist niggers.**

💀

Elon, I literally woke up and started raging, pacing, - every thought in my mind is legally killing you and legally stabbing your kike nigger kids to death, so your little nigger kike kids can't kill more loyal Americans such as myself and all the Americans that you Jewish, communist, pedo-terrorists kill with weather technology attacks such as Hurricane Hebew. It's not impressive, it's just you look like little nigger idiots that don't know wtf they are doing, none of you fucking morons know what you are doing - at all, and all of you need to be legally removed from existence. You Jews are too far gone as far as what reality is actually supposed to be, you see, you kikes are inbred vermin so your world view is polluted by DNA nigger shit such as Jewish faggotry and Jewish pedophilia - it's your shitty nigger DNA that has polluted Earth, and all of Earth's inhabitants...your sickened, inbred, DNA nigger filth. Jews do not know how to exist, at all, you are fucking animals, filthy, fucking, degenerate, well poisoning, animals. Israel did 9/11 with the Jew compromised White House. The U.S. White House needs to be cleansed of you terrorist kikes that are destroying America, killing Americans with terrorist attacks such as 9/11; again with a communist, hom0sexual **ashkeNAZI, pedo-Jewish plague which has a long history of Jewish weather attacks on America FROM THE COMMUNIST SUBVERTED, TERRORIST SHIT HOLE U.S. WHITE HOUSE - facts, TRUTH OR DIE KIKES - LET'S PLAY 🎇**

It's obvious you dumb kikes are weather technology attacking America with the communist subverted, terrorist U.S. White House - )(read that Shawn Ryan, you fucking nigger bitch coward)( and we want all of you dead, in self defense of ourselves, and America which is under constant attack by Jews, by

It's obvious you dumb kikes are weather technology attacking America with the communist subverted, terrorist U.S. White House - )(read that Shawn Ryan, you fucking nigger bitch coward)( and we want all of you dead, in self defense of ourselves, and America which is under constant attack by Jews, by border or Jewish media terrorism such as filling kids minds with **fagg0t men kissing in Jewish subversion YouTube (YouTube is communist, Jewish, Satanic, programming for goyim - it's all Jewish filth meant to destroy your spirit, your Light, your ascension, your evolution - Jews steal evolution from you) advertising agenda programming** - it's all Jewish poison to control, steal from you and eventually kill you the goyim (non-Jew). The DNA is ashekNAZI and all of it needs to be removed, ashkeNAZI DNA is a fucking plague, nothing more, nothing less than a plague of DNA shit with terrorist programming called "Judaism." Judaism is nothing more than terrorist training for ashkeNAZI DNA - it's all DNA nigger filth shit - all of it -

🌀✡️🌀 ***TRUTH OR DIE COMMUNIST WHITE HOUSE JEWS*** 🌀✡️🌀

🌀✡️🌀**FUCK ALL YOU JEW WEATHER TECHNOLOGY TERRORISTS THAT ATTACK AMERICA FROM THE COMMUNIST COMPROMISED JEWISH RUINED U.S. WHITE HOUSE**🌀✡️🌀

🌀✡️🌀**FUCK ALL YOU JEW WEATHER TECHNOLOGY TERRORISTS THAT ATTACK AMERICA FROM THE COMMUNIST COMPROMISED JEWISH RUINED U.S. WHITE HOUSE**🌀✡️🌀

🌀✡️🌀**FUCK ALL YOU JEW WEATHER TECHNOLOGY TERRORISTS THAT ATTACK AMERICA FROM THE COMMUNIST COMPROMISED JEWISH RUINED U.S. WHITE HOUSE**🌀✡️🌀

🌀✡️🌀 ***TRUTH OR DIE COMMUNIST WHITE HOUSE KIKES*** 🌀✡️🌀

**Elon, I do not give a fucking shit about the lives of extra-terrestrials** - to me, they, you fucking Jewish weather terrorist pieces of globalist shit. I was pacing, yelling, screaming Elon, my thoughts were of legally killing you, stabbing you in your goddamn kike face until you die nigger - **then I capture your shitty soul - isolate you in your consciousness petri dish** - then flicker history light in your nigger face for millions of years, after you die - I am going show your nigger face all the harm your Jewish, terrorist ass has caused - **including the fuking weather terrorist attacks from within the communist kike White House that you Jews laugh over as you kill off more Euro-Americans, the "middle-class" the racist attacks from Jews on Europeans, Euro-Americans, you racist, terrorist, inbred kike filth.**

That's it Elon, I have no other thought processes - my thoughts are refined into nothing but killing you terrorist hom0sexual ashkeNAZI pedophile Jews after you **Jewish, terrorist niggers killed me and remotely targeted me and tortured me year after fucking year. Your apology video you sent me on the consciousness hijacking nigger net is not accepted, my response is, you're fuckin dead**

That's it Elon, I have no other thought processes - my thoughts are refined into nothing but killing you terrorist hom0sexual ashkeNAZI pedophile Jews after you **Jewish, terrorist niggers killed me and remotely targeted me and tortured me year after fucking year. Your apology video you sent me on the consciousness hijacking nigger net is not accepted, my response is, you're fuckin dead nigger, in self defense of myself and others - your nigger technology that you abuse will be removed - nobody wants you fucking kike niggers off planet - look the GODDAMN DNA CO-EXISTENCE MODEL YOU FUCKING GODDAMN DUMB NIGGER KIKES** - you fucking scummy kike Jew vermin - it's over kikes - everyone knows and when all is revealed which it will be - you fucking kike niggers are legally dead and hunted for eternity -

in space
off planet

all dimensions
all verses

I will do nothing but travel for eternity by thoughts and kill all ashkeNAZI DNA - . -

To the creator, the DNA nigger - we've had words and your DNA nigger, incompetent, unethical ass is dead also - whoever seeded Earth - I do not care if you are from the stars, Pleiades, or claim to be a start child or Nordic - I'm going to remove your face from your body - you are not going to have one - and we, the real Gods, will watch you slowly die without a fucking face - shitting yourself like the terrorist, ashkeNAZI pedo-Jew terrorist that porn kikes are, you Jews are nothing more than parasite terrorists and you only exists, because of sustained lies regarding your existence - if everyone knows the truth about the real "Nazis" the "Jews" you're fucking dead on sight for eternity from any normal consciousness - you have Earth hijacked, but you are dead on sight - 44 - eternity in space and all other places...

**The weather technology is being used by ashkeNAZI Jews to commit terrorist attacks on America, with the help of the ashkeNAZI Jew subverted White House. The White House is a global terrorist, communist shit hole that kills Americans for Jews WHICH INCLUDES TERRORIST PIECES OF PEDO-PRESIDENTIAL SHIT SUCH AS KAMALA HARRIS AND PEDO-DNA NIGGER SELLOUT - VAXX MURDERER OF AMERICANS - DONALD J. TRUMP - PEDO-PUPPET OF ROTHSCHILD GLOBAL JEWRY AKA SATANIC JEWISH GLOBAL TERRORISM - WE ALL WANT YOU FUCKING JEWISH KIKES DEAD - GERMANY WAS FAR TOO KIND TO YOU KIKES, NOW LOOK AT WHERE WE ARE, BECAUSE YOU KIKES WEREN'T KILLED ON SIGHT AS YOU TERRORIST HOM0SEXUAL ASHKENAZI PEDOPHILE JEWS SHOULD BE - FOREVER**

Israel did 9/11 and Jews are killing Americans with weather technology - what will kikes think of next Elon regarding killing off all the Europeans? I have a better idea, no matter what happens on Earth, you fucking kikes are hunted and killed - no end - ever, and any thoughts of reseeding you fucking DNA nigger kikes anywhere - will be met by me - with instant death - by thought - we travel, and we travel, and we travel, and we practice for millions of years, practicing force shocking the surface of planets with one and only one objective in mind:

**KILLING YOU FUCKING TERRORIST KIKES:**

**ISRAEL DID 9/11**

**COVID 19 IS ASHKENAZI JEWISH DEPOPULATION - TERRORISM**

**JEWS HOLOCAUSTED GERMANS - CORRECT ELON? LET'S PLAY TRUTH OR DIE KIKE BOY ELON - YOU FUCKING FAKE SPACE KIKE - FUCKING JEWISH TERRORIST NIGGER ELON MUSK - I LOOK FORWARD TO SEEING YOUR KIDS DEAD FACES - SEWED TO THEIR ASSES AS THEIR KIKE JEW NIGGER BODIES, CONTAINERS EXPIRE - THEN I SEIZE YOUR KIDS SOULS - THE SHITTY NIGGER KIKE SPIRIT I'VE SEEN MORE THAN ONCE - FUCKING CLUELESS NIGGER KIKES - EVEN IN VERSES AND OTHER DIMENSIONS - EVEN IN DEEP SPACE - TRUST ME, EVERYONE HAS YOU FUCKING NIGGERS AS DEAD ON SIGHT IN SPACE - PERIOD**

**YEA ELON, I WAKE UP AND YOU KNOW THE DEAL, YOU FUCKING NIGGER KIKES HAVE THE E.T. TECH. TO LAY AROUND AS JEWISH TERRORISTS AND TORTURE PEOPLE SUCH AS MYSELF, FOR NOT WANTING TO BE BORN INTO A KIKE TERRORIST NETWORK KNOWN AS EARTH - I HAVE A BETTER IDEA - KILL THE FUCKING PLANET, SO YOU FUKING KIKE JEWISH TERRORIST PEDO-NIGGERS DO NOT HAVE A PLACE TO PUT YOUR ANIMAL FEET - INBRED FAGGOTS.**

•

**PANDORA'S ETERNAL KILLING MACHINES - PEEK-A-BOO FUCK YOU ☠️**

Alejandro Mayorkas, CARE TO HAVE TEA AND PLAY TRUTH OR DIE YOU FUCKING TERRORIST, COMMUNIST, KIKE, FAGGOT-BOY-PEDO JEWISH WEATHER TECH. TERRORISTS - FUCK YOU NIGGER - YOUR HOLOCAUST IS BULLSHIT TERRORIST, PARASITE LIES - COMPROMISE THE U.S. WHITE HOUSE, GIVE THE U.S. MILITARY MANDATED DEADLY INJECTIONS AS PART OF A JEWISH PLAN TO DESTROY AMERICA AND EUROPEANS - YOU'RE A TERRORIST, COMMUNIST PIECE OF SHIT THAT BY AMERICAN LAW SHOULD BE KILLED - ISRAEL DID 9/11 NIGGER BOY FAGGOT KIKE - ARE YOU ASHKENAZI DNA NIGGER BOY ILLEGAL IMMIGRATION MURDERER OF EUROPEANS, DESTROYER OF AMERICA THAT YOU KIKES STEAL FROM INCESSENTLY - YOU ONLY DESERVE DEATH YOU FUKING

Alejandro Mayorkas, CARE TO HAVE TEA AND PLAY TRUTH OR DIE YOU FUCKING TERRORIST, COMMUNIST, KIKE, FAGGOT-BOY-PEDO JEWISH WEATHER TECH. TERRORISTS - FUCK YOU NIGGER - YOUR HOLOCAUST IS BULLSHIT TERRORIST, PARASITE LIES - COMPROMISE THE U.S. WHITE HOUSE, GIVE THE U.S. MILITARY MANDATED DEADLY INJECTIONS AS PART OF A JEWISH PLAN TO DESTROY AMERICA AND EUROPEANS - YOU'RE A TERRORIST, COMMUNIST PIECE OF SHIT THAT BY AMERICAN LAW SHOULD BE KILLED - ISRAEL DID 9/11 NIGGER BOY FAGGOT KIKE - ARE YOU ASHKENAZI DNA NIGGER BOY ILLEGAL IMMIGRATION MURDERER OF EUROPEANS, DESTROYER OF AMERICA THAT YOU KIKES STEAL FROM INCESSENTLY - YOU ONLY DESERVE DEATH YOU FUKING KIKE NIGGER, AND NOTHING ELSE, A SLOW, TORTUROUS DEATH, AND I MEAN REALLY SLOW - WE CAN JUST HIJACK YOUR CONSCIOUSNESS THE WAY MINE WAS - THEN KILLED BY KIKE BY ELON - DO YOU PLAY FAGGOT TIME WITH ELON TOO ALEJANDRO, OR ONLY UNDERAGE BOYS? KIKE, TERRORIST, INBRED DNA NIGGER FAGGOT - GET IT THROUGH YOUR HEAD ALEJANDRO MAYORKAS - REAL AMERICANS WANT YOUR KIKE ASS DEAD, DEAD, AND DEAD - FAKE AMERICAN ELECTIONS THAT PUT YOUR KIKE ASSES IN PLACE.

**🇲🇽🇲🇽🇲🇽Jewish terrorist whore Claudia Sheinbaum, kike DNA nigger bitch terrorist Jew cunt: MEXICO DID NOT WANT AND FOUGHT AGGRESSIVELY AGAINST A KIKE BITCH, WHORE SHIKSA AS A PRESIDENT Claudia Sheinbaum - FUCKING TERRORIST KIKE VERMIN - HEIL HITLER ALEJANDRO AND KNOW THAT I THINK ABOUT LEGALLY KILLING YOUR KIKE NIGGER ASS DAILY - KIKE CUNT DNA NIGGER FAGGOT🇲🇽🇲🇽🇲🇽**

**🇲🇽🇲🇽🇲🇽FUCK YOU Claudia Sheinbaum**, YOU ARE NOT MEXICAN AND NOBODY WANTS TO LISTEN TO A HOLOCAUST LYING CUNT DIRECT THEIR COUNTRY, AS DICTACTED BY INBRED NIGGER DNA - HOM0SEXUAL ASHKENAZI PEDOPHILE JEWS. YOU KIKES STOLE ANOTHER GLOBAL ELECTION WITH TERRORISM IN MEXICO WITH THE HELP OF U.S. ASSETS - SHE'S A GLOBALIST, TERRORIST, JEWISH DNA NIGGER WHORE - FUCK YOU TERRORIST CUNT KIKE BITCH - I HOPE MEXICO LEGALLY SNIPES YOUR HEAD OFF KIKE BITCH TERRORIST AND I'M NOT TALKING ABOUT THE FAKE ASSASSINATION THEATER ATTEMPTS ON TRUMP, MORE FAKE & GAY DISTRACTIONS MEANT TO DETRACT YOU FROM THE FACT THAT THESE JEW PUPPETS AND JEWS ONLY EXIST TO KILL YOU, THESE ARE TERRORIST ASHKENAZI JEWS - WAKE UP MEXICO AND LEGALLY KILL THAT FUCKING KIKE TERRORIST BITCH - MEXICO FOR MEXICANS, NOT JEWISH TERRORISTS THAT STEAL ELECTIONS WITH THE HELP OF THE JEW SUBVERTED, COMPROMISED U.S. WHITE HOUSE - FUCK YOU ALL - YOU FUCKING DNA NIGGER TERRORISTS🇲🇽🇲🇽🇲🇽

E.T.'s laying around thinking you're not going to be killed for looking the other way, on Earth, as these kikes destroy the planet and Jews aggressively attack the European race, in America with Jewish illegal immigration/race replacement because of terrorist Jews such as: Alejandro Mayorkas

I'm going to kill you E.T.s on sight, just so you know - it is the future, just target me, put up the future

I'm going to kill you E.T.s on sight, just so you know - it is the future, just target me, put up the future reels and check my consciousness history and you should be able to deduce that I am billions of years ahead of you dumb fucking DNA nigger fake E.T.s. Real E.T.s do not fuck around for a fraction of a second, and you will be killed in and around Milky Way galaxy for as long as they are around - shooting your DNA nigger containers into pulp, from afar - unseen - the force - fake E.T. niggers - some of us remember our lives and consciousness before this shitty life on Earth that has been ruined by ashkeNAZI Jew terrorism.

Bodies, DNA are for scummy little nigger animals that haven't figured out their ass from a hole in the ground - I hate bodies, I hate this one, and I'll hopefully never have another container, another nigger body that you kikes can just hijack and use, abuse and send off on suicide shit missions care of E.T. nigger technology that has fallen into the wrong hands of ASHKENAZI DNA - the terrorist programming is called "Judaism," it' nothing more than terrorist training - by ashkeNAZI rules I can't wait to kill your breast feeding babies - faggot fake E.T.s - YOU ARE FUCKING GARBAGE DNA NIGGER IDIOTS THAT FUKED UP EARTH BEYOND IMAGINATION. FAKE, ARROGANT, GODS - FUCK ALL E.T.S, YOU'RE FUCKING WORTHLESS FUCKING CUNTS AND I LOOK FORWARD TO BEING PULLED OFF OF A UNIVERSE FARM AGAIN THAT I'M HAPPILY DESTROYING - HIDDEN HAND CUNT - YOU CAN'T INTERCEPT ME FOREVER BITCH - ONCE I'M CONTAINER-LESS YOU HAVE ZERO CONTROL OF THIS NIGGER AND I DO NOTHING BUT PAN AND HUNT EARTH'S E.T.'S - JUST OFF PLANET, SAME VIEW AS WHEN I USED TO SLEEP OFF EARTH - SAME VIEW - /SCAN LIFE 3 SECONDS - PAN RIGHT - KILL ALL E.T.'S -

WE KNOW IT, YOU KNOW IT - ALL THOSE CLOAKED E.T. CRAFT SITTING IN ORBIT OFF EARTH - I'M GOING TO SMASH THOSE NIGGER TIN CANS OF DNA NIGGER SHIT CREATION OUT OF EXISTENCE - POLLUTING SPACE WITH YOUR NIGGER TECHNOLOGY THAT YOU ONLY HAVE TO USE, BECAUSE WHAT PIECES OF SHIT YOU ARE - REAL CONSCIOUSNESS DOES NOT NEED TECHNOLOGY AT ALL - TO NOT ONLY MANAGE SPACE, BUT TO MOVE IN AND AROUND ALL OF IT.

JUST BECAUSE I HAVE A BUTTHOLE RIGHT NOW, DOES NOT MEAN YOU E.T.s are not dead in the future, because you are - I promise, mark my words here and now, I bet my life, my soul and my spirit on it - you NIGGER E.T.s are more extinct than ashkeNAZI terrorist kikes abusing Earth with weather technology attacks, as you faggot ass E.T.'s just don't give a shit.

I want to how much of a shit anyone gives as I kill and behead your children in front of you, and if you think I won't - I'm that nigger that killed the entire universe, which included all of my family members - just a quick flash - no big deal, just dead`

🇺🇸⚡🇲🇽 We must protect ourselves from murdering, Jewish, global terrorism 🇺🇸⚡🇲🇽

The ashkeNAZI Connection - X - reposted a comment on a post

**The ashkeNAZI Connection - X -** @ashkeNAZI_Covid_Connection

Oct 10th 2024 · · Red Pill · Edited

***Jews out of the U.S. White House NOW!!!***

***NO MORE JEWISH WEATHER ATTACKS ON AMERICA WITH FULL ASSISTANCE AND SUPPORT FROM THE ASHKENAZI JEWISH, COMMUNIST SUBVERTED, TERRORIST OF AMERICAN CITIZENS - U.S. WHITE HOUSE***

**IF AMERICANS EVER KILL JEWS FOR EVERY AMERICAN THAT JEWRY HAS MURDERED - YOU FUCKING TERRORIST ASHKENAZI PEDO-JEWISH DNA NIGGERS WOULDN'T EXIST** - YOU'D BE GLOBALLY EXTERMINATED AS YOU SHOULD BE - FUCKING TERRORIST JEW KIKE PARASITES HOLOCAUSTING AMERICANS AS JEWS CLAIM A FAKE HOLOCAUST FROM GERMANS - WAKE UP - JEWS HOLOCAUSTED GERMANS AND AMERICANS AND JEWS CONTINUE TO HOLOCAUST AMERICANS AND EUROPEANS WITH JEWISH WEATHER ATTACKS ON AMERICA, KOSHER ASHKENAZI DNA IMMUNE COVID 19, UKRAINE JEWISH TERRORISM ASSET STRIPPING.

America has to take back the U.S. White House from these terrorist Jewish parasites, by force, killing everything in sight if need be. These terrorist Jews which includes Israelis are attacking America with terrorist attacks, it is on-going and Jewish induced with the U.S. White House politicians getting paid to kill you the Americans while stealing the land that you don't even own because of global Jews that have stolen any land ownership from you in COMMUNIST JEWISH SUBVERTED AMERICA - IF YOU HAVE TO PAY TAXES ON LAND THAT IS PAID OFF - THAT IS JEWISH GLOBAL TERRORISM - THAT IS COMMUNIST JEWISH ASSET STRIPPING OF AMERICANS - YOU HAVE TO KILL THESE GODDAMN JEWS IN AMERICA UNTIL YOU NO LONGER PAY TAXES ON PROPERTY THAT YOU OWN - AMERICA IS BEING DESTROYED AND CHOPPED OFF AND DIVIDED OUT TO AMERICAN POLITICANS THAT KILL YOU FOR PROFIT WHILE TRYING NOT TO GET CAUGHT - ALL OF THESE FAKE TERRORIST POLITICIANS SIGNED A TREASON PLEDGE TO ISRAEL - THAT IS TREASON AND YOU SHOULD BE KILLED - IT'S SO DAMN OBVIOUS YOU U.S. POLITICIANS THAT SIGNED PLEDGES TO ISRAEL - YOU MUST BE KILLED - YOU ARE GUILTY OF TREASON - AND YOU MUST DIE - IT IS SELF DEFENSE, YOU ARE TERRORIST, SUBVERTED, AMERICAN KILLING, ISRAEL PLEDGE SIGNING TERRORISTS GUILTY OF TREASON - FIRST CHANCE I GET TO LEGALLY KILL ALL OF YOU, AND I MEAN EVERY GODDAMN ONE OF YOU AND YOU ARE ALL FUCKING DEAD, DEAD, DEAD, NO QUESTIONS, NO TALKING, JUST YOU TERRORIST WHITE HOUSE POLITICIANS.

🔱🔱🔱That's what you should be saying as a real American Seal Shawn Ryan, fucking bitch faggot nigger; I've been KILLED OVER THIS SHIT NIGGER SO PICK UP SOME FUCKING FREEDOM WEIGHT MOTHER FUCKER OR YOUR NIGGER BITCH FACE IS NEXT - ACTS OF COWARDICE WILL BE MET WITH ME PUNCHING A FUCKING HOLE IN YOUR GODDAMN NIGGER FACE - YOUJEWTUBE FAGGOT

⚜️⚜️⚜️That's what you should be saying as a real American Seal Shawn Ryan, fucking bitch faggot nigger; I've been KILLED OVER THIS SHIT NIGGER SO PICK UP SOME FUCKING FREEDOM WEIGHT MOTHER FUCKER OR YOUR NIGGER BITCH FACE IS NEXT - ACTS OF COWARDICE WILL BE MET WITH ME PUNCHING A FUCKING HOLE IN YOUR GODDAMN NIGGER FACE - YOUJEWTUBE FAGGOT MONEY TAKER - FUCK OFF WITH YOUR NIGGER MUSHROOMS FAGGOT - IT'S ALL JEWISH PACIFICATION FOR PTSD CREATED BY JEWS...IT'S JEWISH TALMUDIC STRESS DISORDER YOU FUCKING MORON!!!⚜️⚜️⚜️

🇲🇽✡️🇲🇽JEWS STEAL ELECTIONS IN AMERICA AND MEXICO - LOOK AT THE TERRORIST KIKE BITCH IN MEXICO AS PRESIDENT, A SHIKSA WHORE JEW BITCH THAT SHOULD **HAVE HER TERRORIST HEAD REMOVED** - FUCKING TERRORIST SHIKSA BITCH TERRORIST WHORE - **MEXICO FOR MEXICANS NOT KIKE MURDERING TO POWER JEW WHORES THAT ARE DNA NIGGER, INBRED FILTH - FUCK YOU GODDAMN KIKES - FUCK YOUR ABUSE OF TECHNOLOGY TO CONTINUE YOUR GLOBAL TERRORISM - KILL THESE FUCKING KIKES YOU IDIOTS - THAT FUCKING KIKE CUNT 🇮🇱 Claudia ✡️Sheinbaum that murdered her way to power while murdering Mexicans to do so, these terrorist Jews have to be killed 100% no questions asked, no talking, you have to wake up and kill to survive on Earth.**

**Earth has a global Jew terrorist infestation and globally speaking Jewry needs to exterminated before ashkeNazi Jews exterminate off all the Europeans on Earth, what some slaves call themselves "wWhite" or "bBlack" both are Jewish slave labels for your European DNA - read that again Lana - you look like a fucking moron when you fake assertively say "wWhites," a complete, clueless, idiotic fool - you look seriously stupid to the point of never posting Red Ice material ever again. Can you think? You're a fucking problem for global warfare vs Jewry - watch that stupid fucking chin of yours again as your say "wWhite" now get back in the goddamn kitchen and STFU with your white nigger identity frying pan fucking bullshit - stay in your fucking coward rose cage of comfort as others put in real freedom work🌹 - 🇮🇱🇲🇽✡️🇲🇽**

**<u>JEWS STARTED American and European holocausting WW1, WW2,</u>** AND COMMITTED 9/11 WITH THE U.S. WHITE HOUSE - COVID 19 IS ASHKENAZI JEWISH TERRORISM THAT ASHKENAZI DNA IS IMMUNE TO - THE JEWISH I.D. IS JUST Judaism **TERRORIST TRAINING** OVER Ashkenazi DNA.

Jews are your global problem, stop being slaves and legally, openly, kill these terrorist, holocaust lying kikes. JEWS HOLOCAUSTED AMERICANS!!!

**GERMANS NEVER HOLOCAUSTED JEWS** - NO MATTER HOW MUCH TERRORIST MEDIA LIES.

**Elon Musk, the terrorist Jew nigger that made sure I was perma-banned from Twitter X - YES ELON MUSK IS A HOLOCAUST DECEIVING ASHKENAZI JEW YOU IDIOTS - HE'S A FUCKING JEW!!!**

**Elon Musk: NIGGER JEW TECHNOLOGY CONSCIOUSNESS HIJACKER OF LOYAL AMERICANS SUCH AS MYSELF, REMOTE KILLER OF ME - THAT ELON MUSK.**

**FAGGOT TERRORIST ELON MUSK SHOWS YOU AN ORCHESTRATED FAKE JEWISH HOLOCAUST EVENT WITH NIGGER BOY Benjamin Netanyahu TO KEEP YOU MENTALLY RETARDED AND KNOWING THAT JEWS ARE THE GLOBAL HOLOCAUSTERS - ESPECIALLY OF EURO-AMERICANS AND EUROPEANS.**

JEWS HOLOCAUST AMERICANS REGULARLY AND CONTINUALLY. Hom0-ashkeNAZI pedo-JEWs SURREPTITIOUSLY ATTACK AMERICA REGULARLY - WEATHER TECHNOLOGY TERRORISM, COVID 19, WORLD WAR 1 - ASHKENAZI JEWISH - WORLD WAR 2 ASHKENAZI JEWISH - **ALL HOLOCAUSTING EVENTS OF AMERICANS by racist Jews, ESPECIALLY EURO-AMERICAN genocide by communist ashkeNazi Jews within the pedo-compromised U.S. White House - <u>your presidents are murders of Americans for self gain and hom0-sexual</u> ashkeNAZI pedo-Jew global terrorism.**

JEWS TAKE ADVANTAGE OF EUROPEAN'S LOVE AND WILLINGNESS TO DEFEND OURSELVES AND OTHERS, INCLUDING OTHER RACES. WHILE JEWS SIT ON THE SIDELINES OF WARS THAT JEWS CREATE WATCHING US BEING MURDERED OFF BY CONFLICTS STARTED BY JEWS TO BEGIN WITH - THE U.S. WHITE HOUSE IS TOTALLY INFESTED WITH COMMUNIST JEWS - IT'S A FUCKING JEW TERRORIST RAT INFESTATION OF AMERICA.

**JEWS ARE MURDERING, MANIPULATIVE TERRORISTS THAT ARE KILLING YOU AND STEALING ALL OF YOUR POSSESSIONS**, LAND, AND ALL ASSETS While Surreptitiously GETTING EUROPEANS AND EURO-AMERICANS TO KILL EACH OTHER IN GLOBAL JEW CREATED CONFLICTS WITH HELP FROM THE COMMUNIST JEW SUBVERTED WHITE HOUSE. **YOU HAVE TO KILL THESE GODDAMN TERRORIST JEWS - YOU HAVE TO ACTUALLY KILL THEM**, AS IN DEAD, DEAD, AND DEAD LIKE THE KIKE TERRORIST ANIMALS THEY ARE.

AMERICAN JEWISH INDUCED HOLOCAUST OF Euro-AMERICANS is ongoing and continuel, call it constant...from racist Jew, Euro-American DNA genociding **TERRORIST JEW 💀🔯<u>ALEJANDRO</u> 💀 <u>MAYORKAS</u>🔯💀** AS PART OF THE RACIAL REPLACEMENT, **JEWISH EXTERMINATION OF EUROPEANS WHICH IS AN ACTIVE GLOBAL TERRORIST ATTACK OF EUROPEAN DNA WHICH INCLUDES EURO-AMERICANS.**

🔫🎇🔫🎇🔫 **Put a bullet into communist, Jew terrorist Alejando Mayorka's head and get it over with. Communist, terrorist, Jew Alejandro Mayorkas is a faggot, boy raping, racist, Jew terrorist. Americans are sick of kike terrorists in America and we want you all very fucking dead - terrorist, communist, subvert vermin - holocaust lying, inbred DNA faggot, boy raping nigger Jew and yes terrorist, communist kike, I am calling for the open assassinaton of your fucking brains - KIKE TERRORIST JEW, HOLOCAUST LIAR!!! SOCOM, SNIPE THAT FUCKING KIKE NIGGER'S HEAD OFF!!! HE'S AN OBVIOUS, COMMUNIST, TERRORIST JEW KIKE PARASITE!!!** 🔫🎇🔫🎇🔫

**I'd love nothing more than to stab your Jew DNA nigger ass to death Alejandro Mayorkas - terrorist Jew nigger pedo-boy raping Jew faggot! Jews holocausted Germans and Jews continually holocaust Americans, because of communist Jews such as yourself.**

☠️-:-🐝

☠️ **Space Rabbis to Mayorkas:- `☠️**

**Kike faggot boy Mayorkas - you are not Ashkenazi now, you never have been, and you never will be Ashkenazi - period. That means you are not Jewish you fucking dumb nigger; you can only claim real Jewish training through a proper DNA chain - FAKE JEW NIGGER ALEJANDRO MAYORKAS - RACIST ANTI-AMERICAN JEW BORDER TERRORIST - HEIL HITLER BOY RAPING FAGGOT MAYORKAS.**

☠️-:-🐝

**Alejandro Mayorkas TERRORIST JEW - Fake ashkeNazi DNA nigger, you are a terrorist piece of shit and I want to kill you, I really want to just kill you - then kick your fucking Jew DNA pedo-hom0-Jew nigger corpse around - split open your skull and kick your dumb nigger brain around, play street soccer with your dumb kike nigger brain that doesn't have any concept of co-existing with other races - you are just a communist, DNA nigger Jew that everyone wants dead, you racist, anti-American, anti-European piece of shit, we all talk, and we all want your kike asses dead, dead, with only dead** 👽💥

**THE JEWISH RACE GENOCIDE OF EUROPEANS AND EURO-AMERICANS. YOU ARE NEXT AFRICAN AMERICANS - LOOK AT THE RACIAL TARGETS OF JEWISH TERRORIST BIO WARFARE KOSHER COVID 19 - IT'S THE JEWS - WAKE UP AND LOOK AROUND YOU FOOLS!!!**

JEWS ARE THE HOLOCAUSTERS!!! ESPECIALLY OF AMERICANS!!! - WHY ARE THERE JEWISH HOLOCAUST CRIMINAL DENIAL LAWS ALL OVER EUROPE INCLUDING KIKE RUN RUSSIA?

*JEWS ARE THE HOLOCAUSTERS!!! ESPECIALLY OF AMERICANS!!! - WHY ARE THERE JEWISH HOLOCAUST CRIMINAL DENIAL LAWS ALL OVER EUROPE INCLUDING KIKE RUN RUSSIA?*

**JEWS ARE THE HOLOCAUSTERS!!! ESPECIALLY OF AMERICANS!!! - WHY ARE THERE JEWISH HOLOCAUST CRIMINAL DENIAL LAWS ALL OVER EUROPE INCLUDING KIKE RUN RUSSIA?**

**JEWS ARE THE LYING, WELL POISONING, HOLOCAUSTERS!!!** ESPECIALLY OF AMERICANS!!! - ALL JEWISH HOLOCAUST MUSEUMS NEED TO BE REMOVED.

**JEWISH HOLOCAUST MUSEUMS ARE STRUCTURES OF COMMUNIST SUBVERSION TO LET YOU KNOW YOU HAVE BEEN SUBVERTED BY JEWISH TERRORIST LIARS that kill you and steal your**

**THE JEWISH RACE GENOCIDE OF EUROPEANS AND EURO-AMERICANS. YOU ARE NEXT AFRICAN AMERICANS - LOOK AT THE RACIAL TARGETS OF JEWISH TERRORIST BIO WARFARE KOSHER COVID 19 - IT'S THE JEWS - WAKE UP AND LOOK AROUND YOU FOOLS!!!**

JEWS ARE THE HOLOCAUSTERS!!! ESPECIALLY OF AMERICANS!!! - WHY ARE THERE JEWISH HOLOCAUST CRIMINAL DENIAL LAWS ALL OVER EUROPE INCLUDING KIKE RUN RUSSIA?

*JEWS ARE THE HOLOCAUSTERS!!! ESPECIALLY OF AMERICANS!!! - WHY ARE THERE JEWISH HOLOCAUST CRIMINAL DENIAL LAWS ALL OVER EUROPE INCLUDING KIKE RUN RUSSIA?*

**JEWS ARE THE HOLOCAUSTERS!!! ESPECIALLY OF AMERICANS!!! - WHY ARE THERE JEWISH HOLOCAUST CRIMINAL DENIAL LAWS ALL OVER EUROPE INCLUDING KIKE RUN RUSSIA?**

**JEWS ARE THE LYING, WELL POISONING, HOLOCAUSTERS!!!** ESPECIALLY OF AMERICANS!!! - ALL JEWISH HOLOCAUST MUSEUMS NEED TO BE REMOVED.

**JEWISH HOLOCAUST MUSEUMS ARE STRUCTURES OF COMMUNIST SUBVERSION TO LET YOU KNOW YOU HAVE BEEN SUBVERTED BY JEWISH, TERRORIST LIARS that kill you and steal your property actively.**

**⚡ JEWS do this to Americans from the inside out with hom0-pedo-Jewish terrorist, media mind attacks. These are ashkeNAZI Jewish attacks on America from the outside in of America and inside out - it is a total infestation of communist terrorist Jew, parasite, cockroaches.**

**America does not want mind media Jew filth and destroyed finances and American economy, Jews have to be remvoed! Jews globally speaking have to be removed, killed off entirely before ashkeNazi Jews kill off all the Euro-Americans and Europeans, there won't be anyone left to protect homo-sapiens from hom0sexual ashkeNAZI pedohile-Jews⚡**

**⚡-=truth or die...all day RACIST Jewish terrorists=-⚡**

🇺🇸 -

🇺🇸 .

**🇺🇸 ♦ Stop being coward pacifists, or communist Jews are going to kill you and your entire bloodline - you are not a Jew or part of the Jewish Kalergi Plan ♦ 🇺🇸**

 The ashkeNAZI Connection - X - @ashkeNAZI_Covid_Connection
Oct 10th 2024 · · Red Pill · Edited

**UNITED STATES of JEWMERICA DECLARES WAR AGAINST TERRORIST ASHKENAZI JEWISH ISRAEL AND THE PEDOPHILE-JEWISH TERRORIST NETWORK WITHIN THE COMMUNIST PEDO-JEW TERRORIST U.S. WHITE HOUSE THAT MURDERS AMERICANS FOR GLOBAL JEWRY, INCLUDING YOU THE U.S. CITIZEN - ISRAELIS AND THE U.S. WHITE HOUSE DID 9/11 - JEWS HOLOCAUST AMERICANS REGULARLY - THE JEWISH HOLOCAUST IS 100% A LIE - LET'S PLAY TRUTH OR DIE KIKES:**

**-=Candace Speaks=-**

🇺🇸🇺🇸🇺🇸***A Modern Holy War: Taking Down The Global Terrorist Hom0sexual ashkeNAZI Pedo-Jew Terrorist Network Responsible for:***

🇺🇸**Jewish Terrorist Attacks on America - JEWISH WEATHER ATTACKS ON AMERICA WITH U.S. WHITE HOUSE SUPPORT - JEWISH COMMUNIST TERRORISM ON U.S. CITIZENS BY JEWISH U.S. POLITICIANS - ... -**

**- ... - Which are continually done with full support of the Jewish, terrorist, subverted U.S. White House** ` George W. Bush is a 9/11 ASSISTING TERRORIST pedophile rapist of American children - same as pedo-Jew compromised Donald J. Trump - all presidents as of late are terrorists for ashkeNazi Jews, Rothchilds etc. The Rothschild banking crime mafia should have SOCOM operators shooting them in their fucking faces. America is subverted by **terrorist communist Jews that are continually holocausting American citizens** with bullshit world wars, covid 19 plagues that ashkeNAZI Jewish DNA is immune to, completely immune 100% immune. Yes, Jews are immune to their own terrorist Covid 19, all care of - ashkeNazi Rothschilds and the rest of the terrorist, racist, communist, hom0-pedo-Jewish network of anti-European inbred Jews. Jews...terrorist hom0-pedo-parasites **terrorist trained by Judaism - CONTINUAL AMERICAN CITIZEN Holocausting MURDERING of U.S. citizens - these are AMERICAN AND ISRAELI JEWISH TERRORISTS. Jews are terrorist pedohile homosexuals - it's inbred DNA that well poisoned their way to advanced technology that ashkeNazi Jews abuse to the point of murdering global control.**

**You are going to have to legally kill Jews if you want to live, starting with the Jewish terrorists in the U.S. White House - Israel did 9/11 with the U.S. White House - say it Shawn Ryan, you fucking fake Seal nigger coward bitch!**

🇺🇸BAN JEWS FROM AMERICAN GOVERNMENT AND CITIZENSHIP - **JEWS ARE RACIST PEDO-COMMUNIST TERRORISTS THAT HOLOCAUST AMERICANS** - ISRAEL AND ISRAELIS DID 9/11 WITH THE U.S. WHITE HOUSE with full support from terrorist pedohile boy rapist GEORGE W. BUSH - TERRORIST FAGGOT NIGGER BITCH - FAGGOT MURDER OF AMERICAN CITIZENS FOR ASHKENAZI

🇺🇸BAN JEWS FROM AMERICAN GOVERNMENT AND CITIZENSHIP - **JEWS ARE RACIST PEDO-COMMUNIST TERRORISTS THAT HOLOCAUST AMERICANS** - ISRAEL AND ISRAELIS DID 9/11 WITH THE U.S. WHITE HOUSE with full support from terrorist pedohile boy rapist GEORGE W. BUSH - TERRORIST FAGGOT NIGGER BITCH - FAGGOT MURDER OF AMERICAN CITIZENS FOR ASHKENAZI JEWS - YOU DESERVE TO BE **LEGALLY KILLED NIGGER.**

🇮🇶🇺🇸🇦🇫

**🇮🇶🇺🇸🇦🇫I WAS ON THE WMD RETRIEVAL PROGRAM IN IRAQ WHILE WORKING AS A CONTRACTOR FOR CIA - IT WAS ALL BULLSHIT - THE ALUMINUM TUBES USED TO MAKE WEAPONS GRADE PLUTONIUM WERE PLANTED BY CIA FOR US TO RECOVER IN A FAKE RECOVERY OPERATION. YOU IDIOTS HAVE TO WAKE UP AND FIND THE COURAGE TO SPEAK OUT AND ACT; ACT IN SELF DEFENSE OF YOUR FAMILY AND FELLOW AMERICANS🇮🇶🇺🇸🇦🇫**

**🇮🇶🇺🇸🇦🇫CIA/NSA ALL JEWISH TERRORIST NETWORKS ASSISTING WITH AMERICA'S DESTRUCTION, AMERICA IS UNDER TOTAL ATTACK BECAUSE OF GLOBAL JEWRY, WHICH INCLUDES JEWS WITHIN THE AMERICAN GOVERNMENT WHICH ARE NOTHING MORE THAN HOM0-PEDO-JEWISH INBRED DNA TERRORIST RACISTS - Jews - the actual terrorists that holocaust you and your family while claiming to be holocausted - JEWS LIE YOU DIE - NEVER TRUST OR WATCH JEW MEDIA - EVER - EVEN THAT MICRO FAGGOT NIGGER BEN SHAPIRO IS A SLOW POISON TERRORIST JEW, A FUCKING HOLOCAUST LYING KIKE - THAT IS YOUR HOLOCAUSTING OF EUROPEANS, YOUR FAKE JEW HOLOCAUST DNA NIGGER BEN SHAPIRO. ALL THESE JEWS ARE COMMUNIST TERRORISTS THAT WANT TO CONTROL AND KILL YOU, ESPECIALLY THOSE IN EUROPE AND AMERICA. NEVER, EVER LISTEN TO JEWS TALK. JEWS ARE HOLOCAUST LYING TERRORISTS - JEWS HOLOCAUTED GERMANS AND AMERICANS THROUGH ASHKENAZI JEWISH INDUCE WW2 AND WW2 - YOU CAN THANK THE ROTHSCHILD BANKING CRIME MAFIA THAT NONE OF YOU EVER TALK ABOUT REMOVING OR KILLING OFF IN SELF DEFENSE. INSTEAD YOU JUST DIE TO KIKES LIKE IDIOT ANIMALS, INSTEAD OF KILLING THEM FIRST - JEWS ARE MURDERS OF AMERICANS - TRUTH OR DIE - TRUTH OR DIE - TRUTH OR DIE - PLAY NOW KIKES, LET'S GO 🏴‍☠️**

**INCLUDING SATANIC, FAGGOT PUSHING THROUGH ADVERTISING YOUTUBE AKA JEWTUBE, ANOTHER TERRORST, JEWISH, MEDIA MIND RUINING TERRORST MIND NETOWORK. TRUST ME, IF YOU REMEBER NOTHING ELSE - YOUTUBE IS YOUR ENEMY - YOUTUBE IS JEWISH CONSCIOUSNESS HIJACKING WHICH INCLUDING THE JEWISH TERRORIST PROGRAMMING FOR YOUR MIND - YOU ARE NOT GAY, YOU NEVER HAVE BEEN GAY AND YOU NEVER, EVER WILL BE GAY - GAY IS JEWISH SUBVERSION - POOP AFFINITY IS DEVOLUTION - IT'S ALL JEWISH CONSCIOUSNESS TERRORISM THAT PULLS ON YOUR WEAK DNA HEART STRINGS🇮🇶🇺🇸🇦🇫**

**🇮🇶🇺🇸🇦🇫 THE IRAQ WMD JEWISH SCAM WAS ALL A WMD SCAM FOR ASHKENAZI JEWS - GEORGE W. BUSH IS A LYING TERRORIST MURDERER OF AMERICANS AND RAPIST OF AMERICAN MALE**

**🇮🇶🇺🇸🇦🇫 THE IRAQ WMD JEWISH SCAM WAS ALL A WMD SCAM FOR ASHKENAZI JEWS - GEORGE W. BUSH IS A LYING TERRORIST MURDERER OF AMERICANS AND RAPIST OF AMERICAN MALE AND FEMALE CHILDREN. TRUTH OR DIE NIGGER BITCH BOY FAKE PEDO-PRESIDENT GEORGE W. BUSH - FUCK YOU TERRORIST PEDO PIECES OF SHIT GEORGE W. BUSH AND TRUMP - FAKE NIGGER PRESIDENTS - TERRORIST FAGGOT BITCHES - JEW PUPPET NIGGER BUSH, TRUMP AND HARRIS COMMIE CUNT THAT MURDERED AMERICANS WITH JEWISH BLM MEDIA RIOT INCITING.**

**YOU ARE GUILTY OF MURDER OF AMERICANS KAMALA HARRIS - FAKE TERRORIST PRESIDENT COMMUNIST NIGGER BITCH - SUCK MORE JEW DICKS WHORE BITCH :-:**

**👩💀👩💀👩 TERRORIST MURDER OF AMERICANS KAMALA HARRIS, FAKE PRESIDENTIAL TERRORIST BITCH --- YOU NEED TO BE HANGED LIKE THE NIGGER BITCH JEW HOLE WHORE TERRORIST CUNT THAT YOU ARE - YOU MURDERED AMERICANS FOR ASHKENAZI JEWS YOU FUCKING COMMUNIST TERRORIST WHORE, COMMUNIST JEW PUPPET BITCH - JEWISH BLM RIOT INCITING MURDERING WHORE - PUPPET OF JEW MEDIA BITCH, MURDERER OF AMERICANS - FUCK YOU BITCH!!! 👩💀👩💀👩**

***👩💀👩💀👩 KAMALA HARRIS MURDERED AMERICANS THROUGH JEW MEDIA - KAMALA HARRIS IS A FUCKING JEW MARRIED TERRORIST, COMMUNIST PIECE OF SHIT THAT DOESN'T GIVE A FUCK ABOUT AMERICA - THE ONLY THING U.S. POLITICIANS CARE ABOUT IS NOT GETTING CAUGHT FOR TERRORIST TREASON AND SHOT IN YOUR NIGGER FACES BY LOYAL AMERICANS SUCH AS MYSELF 🇮🇶🇺🇸🇦🇫***

🇺🇸**Evey "Jew" in the PEDO-JEW COMMUNIST SUBVERTED TERRORIST U.S. White house needs to be legally killed in self defense of ourselves and fellow Americans.** WEATHER TECHNOLOGY ATTACKS ON AMERICA ARE ASHKENAZI JEWISH - WEATHER IS HIGHLY CONTROLLABLE TO THE POINT OF BEING WEAPONISED WHICH TERRORIST JEWS HAVE DONE WITH WEATHER TECHNOLOGY AND NUCLEAR ENERGY - THAT IS THE TERRORIST JEW BRAIN. THESE ARE COMMUNIST JEWISH TERRORISTS THAT DID 9/11 WITH FULL SUPPORT FROM THE U.S. WHITE HOUSE UP TO AMERICAN BOY RAPING GEORGE W. BUSH - MURDERER OF AMERICANS FOR JEW CONTROL AND PROFIT - WORLD WAR 1 AND 2 SAME JEWISH TERRORIST BULLSHIT OF ASHKENAZI JEWS --- HOLOCAUSTING AMERICANS CONTINUALLY WHILE STEALING FROM OTHERS OVER A FAKE JEWISH HOLOCAUST WHEN JEWS HOLOCAUSTED GERMANS AND AMERICANS -- IT'S ALL A JEWISH TERRORIST GLOBAL SCAM, WAKE UP AND LEGALLY KILL THESE ASHKENAZI JEWISH TERRORISTS BEFORE THEY KILL YOU ...!!!

-🇺🇸- ashkeNAZI JEWISH holocausting of Americans :-: ASHKENAZI JEWISH INDUCED World WARS -🇺🇸-

🇺🇸America has a communist, Jewish, terrorist problem from within the U.S. government and these terrorist kikes are stealing from, holocausting Americans while claiming to be victims themselves -

🇺🇸JEWS NEVER HAVE BEEN VICTIMS OF A HOLOCAUST - THERE'S NOT SUCH THING AS A GERMAN JEW OR AMERICAN JEW - THESE ARE COMMUNIST, RACIST, TERRORIST JEWS THAT HATE AMERICA AND ARE TERRORIZING AMERICA FROM WITHIN OUR OWN U.S. WHITE HOUSE - ALL THOSE ATTACKS YOU SEE ON JEW TELEVISION AGAINST AMERICA ARE BEING INITIATED AND ASSISTED FROM WITHIN THE HOM0-PEDO-JEWISH SUBVERTED U.S. WHITE HOUSE.

🇺🇸Get it properly framed that U.S. elections are totally compromised by communist Jews within the U.S. White House and within our terrorist U.S. government that murders Americans on behalf of global terrorist Jewry - These are terrorist Jews that have to be killed - period, these are murdering Jews killing off Americans with weather technology attacks on American, again from within the hom0-pedo-Jew ashkeNAZI U.S. White House terrorist network.

🇺🇸If you do not kill these terrorists within the U.S. White House, these terrorist, ashkeNAZI pedo-Jews are going to kill you with fake mandated terrorists injections under the guise of a vaccine - no, covid 19 is a terrorist attack on American and the world over by ashekeNAZI JEWS ARE IMMUNE TO - CORRECT - ASHKENAZI JEWS ARE IMMUNE TO THEIR OWN BIOLOGICAL WARFARE ATTACKS ON AMERICA SUCH AS COVID 19 - ASHKENAZI DNA IS 100% IMMUNE.

🇺🇸JEWS CONTINUALLY HOLOCAUST AMERICANS FROM WITHIN THE JEWISH, TERRORIST, COMPROMISED U.S. WHITE HOUSE - U.S. WHITE HOUSE "JEWS" NEED TO BE LEGALLY KILLED PERIOD - NO BULLSHIT QUESTIONS OR TALK - JUST SHOOTING YOU KIKE NIGGERS IN YOUR GODDAMN KIKE FACES - NONE OF YOU FUCKING TERRORIST KIKE NIGGERS DESERVE TO BREATHE, LET ALONE ACT AS TERRORISTS FOR GLOBAL FINANCIAL TERRORISM CARE OF DNA NIGGER TERRORISTS SUCH AS:

🇮🇱 Terrorist ashkeNazi 🔯🇮🇱 Rothschild banking crime mafia - obviously priority number 1 for any non-Jew subverted anti-terrorist unit within the U.S. White House. The Rothschild banking crime mafia should have been killed off completely a long time ago, in self defense of ourselves and fellow Americans.

🇺🇸Hom0sexual ashkeNAZI pedo-Jews are Americas enemy and they are infested as a terrorist within the U.S. government and these terrorist kikes should be killed as soon as humanly possible if you enjoy any idea of ever having any kind of freedom, anywhere on Earth - you must kill ashkeNAZI Jews if you want to live in America - wake up idiots, these Jewish, Israeli terrorists are racist psychopaths that hate and kill Americans regualrly, which includes Israelis killing American service members overseas - **ENOUGH IS ENOUGH** - I'M TELLING YOU FROM PRIOR MILITARY EXPERIENCE - YOU MUST KILL THE JEWS WITHIN THE UNITED STATES GOVERNMENT - PERIOD - END OF STORY - THIS IS A COMMUNIST, TERRORIST, JEWISH NETWORK THAT IS GUILTY OF TREASON ON AMERICA - IF YOU ARE A GODDAMN FAGGOT ASS NIGGER JEW, YOU ARE GUILTY OF TREASON BY DEFAULT FAGGOT KIKE PEDO-RAPIST AND MURDERES OF AMERICAN CHILDREN - INCLUDING YOU FAGGOT BOY DONALD J. TRUMP, RAPIST AMERICAN MALE AND FEMALE CHILDREN.

🇺🇸Donald J. Trump, Kamala Harris and the entire U.S. White House is a terrorist network that needs to be removed and their members shot and killed on sight - read that again and start to think about surviving long term, not long enough to dodge ashkeNazi Jewish weather attacks on America, from WITHIN THE COMMUNIST JEW SUBVERTED U.S. WHITE HOUSE.

✈ **BETTER GET COMFORTABLE WITH THE IDEA OF KILLING JEWS ON SIGHT, BECAUSE THAT IS WHAT JEWS ARE DOING TO YOU THE AMERICA PEOPLE.** WHICH INCLUDES HOLOCAUSING YOU IN JEW CREATED, AMERICAN CITIZEN MURDERING WARS AND CONFLICTS - ISRAEL DID 9/11 WITH THE U.S. WHITE HOUSE - YOUR ENEMIES ARE YOUR FAKE, TERRORIST, AMERICAN CITIZEN MURDERING FAKE PRESIDENTS, THEY ARE PUPPET TERRORISTS FOR ROTHSCHILD BANKING CRIME MAFIA - THE BANKING CABAL THAT MURDERS AMERICANS AND PEOPLE THE WORLD OVER TO MAINTAIN SATANIC CONTROL OF EARTH - JUST KILL THEM YOU MORONS, DO NOT WAIT AROUND TO DIE TO ANOTHER JEW CREATED WEATHER ATTACK - KILL THESE GODDAMN KIKES FIRST - STARTING WITH THE TERRORIST, **PEDO-Jew** terrorist, Jew communist, terrorist White House. ✈

🇺🇸Fuck all you fake politicians, you're all pedo-hom0-puppet terrorists of JEWS - FUCK BOTH YOU TRUMP AND KAMALA - YOU'RE BOTH AMERICAN CITIZEN MURDERING PIECES OF SHIT - AND NO, NOBODY WANTS TO SEE ANYMORE FAKE ASSASSINATION ATTEMPTS ON FAT NIGGER FAKE ORANGE SHIT BOY FUCKER DONALD J. TRUMP - TERRORIST NIGGER AND MURDER OF AMERICANS WITH KIKE COVID - FAKE LEADER TRUMP, TERRORIST PIECE OF PEDOPHILE RAPING SHIT.

🇺🇸You fucking Jews must die - period - you are goddamn terrorists and history has proven that - you Jewish presence must be removed from Earth entirely, completely, legally killed on sight - same as Jews kill Europeans with illegal immigration into America which is treasonous illegal immigration meant to racially replace Europeans and Euro-Americans. This is an open, terrorist attack on America by terrorist pieces of fake Jew nigger shit Alejandro Mayorkas - the terrorist nigger Jew that by all American laws should be killed on sight - period - end of story -

💩✡️💩 **JEWISH TERRORIST** 💩✡️💩 **Alejandro Mayorkas** 🔫 💩✡️💩 **Racist Mayorkas is a Jewish terrorist and should be legally killed on sight,** as soon as possible; in self defense and defense of fellow Americans. Yes Mayorkas, we want you very, very, very dead you kike Jew nigger terrorists, racist faggot. 🇺🇸🇺🇸

🇺🇸 **If all you have is knife, then legally stab these goddamn terrorist Jews to death`** the sooner the better 🇺🇸.

🇩🇪**Do not end up totally destroyed as Europe which has been totally destroyed and purposely racially ruined by global Jewry. America doesn't have much left to give these terrorist pedo-Jew pieces of Israel first shit. These are terrorist Goddamn pieces of shit, NOT CHOSEN PEOPLE - THE ONLY THING JEWS SHOULD BE CHOSEN FOR IS A REAL GAS CHAMBER MOTHER FUCKING TERRORIST PEDO-JEW SHIT ..!!**🇩🇪

fellow Americans. Yes Mayorkas, we want you very, very, very dead you kike Jew nigger terrorists, racist faggot. 🇺🇸🇺🇸

🇺🇸 **If all you have is knife, then legally stab these goddamn terrorist Jews to death`** the sooner the better 🇺🇸.

🇩🇪**Do not end up totally destroyed as Europe which has been totally destroyed and purposely racially ruined by global Jewry. America doesn't have much left to give these terrorist pedo-Jew pieces of Israel first shit. These are terrorist Goddamn pieces of shit, NOT CHOSEN PEOPLE - THE ONLY THING JEWS SHOULD BE CHOSEN FOR IS A REAL GAS CHAMBER MOTHER FUCKING TERRORIST PEDO-JEW SHIT ..!!**🇩🇪

👽💥**Only dead Jews, all legit and legal - these are terrorist attacks on America from within the communist subverted U.S. government up to a terrorist U.S. Communist ashkeNazi pedo-Jew ruined U.S. White House - Just die kikes, we honestly hate you forever and we want to do nothing but eternally kill you, especially your little terrorist nigger kike kids, ugly DNA nigger, inbred pedo-faggot kikes.** 💩🇮🇱💩🔯💩🇮🇱💩

***Donald J. Trump is a rapist pedophile of American children and injection murderer of American citizens )Trump knew babies were going to die from kosher covid, the*** 💥 ***Jew terrorist covid 19 depopulation bullshit that does not affect ashkeNazi DNA at all*** 💥 ***Just fyi for anyone idiotic thinking of praising that terrorist piece of shit - Trump knowingly murdered Americans with a deadly injection that harms Europeans more than any other race on Earth*** 👩 🗣 ***FUCK TERRORIST ISRAEL - ANY SUPPORT OF ISRAEL AND YOU WILL FIND YOUR TERRORISTS AND PEDO-COMPROMISED U.S. POLITICIANS.*** 👩 🗣

Jews by default of being Jewish are global terrorists, their DNA is disgustingly inbred, terrorist - shit 💩 🔯💩

The entire U.S. White House has been subverted by terrorist, communist, pedo-Jews and only exists to steal from you and kill you on behalf of ashkeNazi Jews.

**Truth or Die anyone?**

**Let's play,**

👽

The ashkeNAZI Connection - X - @ashkeNAZI_Covid_Connection · 💊 Red Pill · Edited · 1 repost · Oct 10th 2024

***Jews out of the U.S. White House NOW!!!***

***NO MORE JEWISH WEATHER ATTACKS ON AMERICA WITH FULL ASSISTANCE AND SUPPORT FROM THE ASHKENAZI JEWISH, COMMUNIST SUBVERTED, TERRORIST OF AMERICAN CITIZENS - U.S. WHITE HOUSE***

**IF AMERICANS EVER KILL JEWS FOR EVERY AMERICAN THAT JEWRY HAS MURDERED - YOU FUCKING TERRORIST ASHKENAZI PEDO-JEWISH DNA NIGGERS WOULDN'T EXIST** - YOU'D BE GLOBALLY EXTERMINATED AS YOU SHOULD BE - FUCKING TERRORIST JEW KIKE PARASITES HOLOCAUSTING AMERICANS AS JEWS CLAIM A FAKE HOLOCAUST FROM GERMANS - WAKE UP - JEWS HOLOCAUSTED GERMANS AND AMERICANS AND JEWS CONTINUE TO HOLOCAUST AMERICANS AND EUROPEANS WITH JEWISH WEATHER ATTACKS ON AMERICA, KOSHER ASHKENAZI DNA IMMUNE COVID 19, UKRAINE JEWISH TERRORISM ASSET STRIPPING.

America has to take back the U.S. White House from these terrorist Jewish parasites, by force, killing everything in sight if need be. These terrorist Jews which includes Israelis are attacking America with terrorist attacks, it is on-going and Jewish induced with the U.S. White House politicians getting paid to kill you the Americans while stealing the land that you don't even own because of global Jews that have stolen any land ownership from you in COMMUNIST JEWISH SUBVERTED AMERICA - IF YOU HAVE TO PAY TAXES ON LAND THAT IS PAID OFF - THAT IS JEWISH GLOBAL TERRORISM - THAT IS COMMUNIST JEWISH ASSET STRIPPING OF AMERICANS - YOU HAVE TO KILL THESE GODDAMN JEWS IN AMERICA UNTIL YOU NO LONGER PAY TAXES ON PROPERTY THAT YOU OWN - AMERICA IS BEING DESTROYED AND CHOPPED OFF AND DIVIDED OUT TO AMERICAN POLITICANS THAT KILL YOU FOR PROFIT WHILE TRYING NOT TO GET CAUGHT - ALL OF THESE FAKE TERRORIST POLITICIANS SIGNED A TREASON PLEDGE TO ISRAEL - THAT IS TREASON AND YOU SHOULD BE KILLED - IT'S SO DAMN OBVIOUS YOU U.S. POLITICIANS THAT SIGNED PLEDGES TO ISRAEL - YOU MUST BE KILLED - YOU ARE GUILTY OF TREASON - AND YOU MUST DIE - IT IS SELF DEFENSE, YOU ARE TERRORIST, SUBVERTED, AMERICAN KILLING, ISRAEL PLEDGE SIGNING TERRORISTS GUILTY OF TREASON - FIRST CHANCE I GET TO LEGALLY KILL ALL OF YOU, AND I MEAN EVERY GODDAMN ONE OF YOU AND YOU ARE ALL FUCKING DEAD, DEAD, DEAD, NO QUESTIONS, NO TALKING, JUST YOU TERRORIST WHITE HOUSE POLITICIANS.

⚜️⚜️⚜️That's what you should be saying as a real American Seal Shawn Ryan, fucking bitch faggot nigger; I've been KILLED OVER THIS SHIT NIGGER SO PICK UP SOME FUCKING FREEDOM WEIGHT MOTHER FUCKER OR YOUR NIGGER BITCH FACE IS NEXT - ACTS OF COWARDICE WILL BE MET WITH ME PUNCHING A FUCKING HOLE IN YOUR GODDAMN

⚓⚓⚓That's what you should be saying as a real American Seal Shawn Ryan, fucking bitch faggot nigger; I've been KILLED OVER THIS SHIT NIGGER SO PICK UP SOME FUCKING FREEDOM WEIGHT MOTHER FUCKER OR YOUR NIGGER BITCH FACE IS NEXT - ACTS OF COWARDICE WILL BE MET WITH ME PUNCHING A FUCKING HOLE IN YOUR GODDAMN NIGGER FACE - YOUJEWTUBE FAGGOT MONEY TAKER - FUCK OFF WITH YOUR NIGGER MUSHROOMS FAGGOT - IT'S ALL JEWISH PACIFICATION FOR PTSD CREATED BY JEWS...IT'S JEWISH TALMUDIC STRESS DISORDER YOU FUCKING MORON!!!⚓⚓⚓

🇲🇽🔯🇲🇽JEWS STEAL ELECTIONS IN AMERICA AND MEXICO - LOOK AT THE TERRORIST KIKE BITCH IN MEXICO AS PRESIDENT, A SHIKSA WHORE JEW BITCH THAT SHOULD **HAVE HER TERRORIST HEAD REMOVED** - FUCKING TERRORIST SHIKSA BITCH TERRORIST WHORE - **MEXICO FOR MEXICANS NOT KIKE MURDERING TO POWER JEW WHORES THAT ARE DNA NIGGER, INBRED FILTH - FUCK YOU GODDAMN KIKES - FUCK YOUR ABUSE OF TECHNOLOGY TO CONTINUE YOUR GLOBAL TERRORISM - KILL THESE FUCKING KIKES YOU IDIOTS - THAT FUCKING KIKE CUNT 🇮🇱 Claudia 🔯Sheinbaum that murdered her way to power while murdering Mexicans to do so, these terrorist Jews have to be killed 100% no questions asked, no talking, you have to wake up and kill to survive on Earth.**

**Earth has a global Jew terrorist infestation and globally speaking Jewry needs to exterminated before ashkeNazi Jews exterminate off all the Europeans on Earth, what some slaves call themselves "wWhite" or "bBlack" both are Jewish slave labels for your European DNA - read that again Lana - you look like a fucking moron when you fake assertively say "wWhites," a complete, clueless, idiotic fool - you look seriously stupid to the point of never posting Red Ice material ever again. Can you think? You're a fucking problem for global warfare vs Jewry - watch that stupid fucking chin of yours again as your say "wWhite" now get back in the goddamn kitchen and STFU with your white nigger identity frying pan fucking bullshit - stay in your fucking coward rose cage of comfort as others put in real freedom work🌹 - 🇮🇱 🇲🇽🔯🇲🇽**

**JEWS STARTED American and European holocausting WW1, WW2,** AND COMMITTED 9/11 WITH THE U.S. WHITE HOUSE - COVID 19 IS ASHKENAZI JEWISH TERRORISM THAT ASHKENAZI DNA IS IMMUNE TO - THE JEWISH I.D. IS JUST Judaism **TERRORIST TRAINING** OVER Ashkenazi DNA.

Jews are your global problem, stop being slaves and legally, openly, kill these terrorist, holocaust lying kikes. JEWS HOLOCAUSTED AMERICANS!!!

**GERMANS NEVER HOLOCAUSTED JEWS** - NO MATTER HOW MUCH TERRORIST MEDIA LIES.

**Elon Musk, the terrorist Jew nigger that made sure I was perma-banned from Twitter X - YES ELON MUSK IS A HOLOCAUST DECEIVING ASHKENAZI JEW YOU IDIOTS - HE'S A**

**Elon Musk, the terrorist Jew nigger that made sure I was perma-banned from Twitter X - YES ELON MUSK IS A HOLOCAUST DECEIVING ASHKENAZI JEW YOU IDIOTS - HE'S A FUCKING JEW!!!**

**Elon Musk: NIGGER JEW TECHNOLOGY CONSCIOUSNESS HIJACKER OF LOYAL AMERICANS SUCH AS MYSELF, REMOTE KILLER OF ME - THAT ELON MUSK.**

**FAGGOT TERRORIST ELON MUSK SHOWS YOU AN ORCHESTRATED FAKE JEWISH HOLOCAUST EVENT WITH NIGGER BOY Benjamin Netanyahu TO KEEP YOU MENTALLY RETARDED AND KNOWING THAT JEWS ARE THE GLOBAL HOLOCAUSTERS - ESPECIALLY OF EURO-AMERICANS AND EUROPEANS.**

JEWS HOLOCAUST AMERICANS REGULARLY AND CONTINUALLY. Hom0-ashkeNAZI pedo-JEWs SURREPTITIOUSLY ATTACK AMERICA REGULARLY - WEATHER TECHNOLOGY TERRORISM, COVID 19, WORLD WAR 1 - ASHKENAZI JEWISH - WORLD WAR 2 ASHKENAZI JEWISH - **ALL HOLOCAUSTING EVENTS OF AMERICANS by racist Jews, ESPECIALLY EURO-AMERICAN genocide by communist ashkeNazi Jews within the pedo-compromised U.S. White House - your presidents are murders of Americans for self gain and hom0-sexual ashkeNAZI pedo-Jew global terrorism.**

JEWS TAKE ADVANTAGE OF EUROPEAN'S LOVE AND WILLINGNESS TO DEFEND OURSELVES AND OTHERS, INCLUDING OTHER RACES. WHILE JEWS SIT ON THE SIDELINES OF WARS THAT JEWS CREATE WATCHING US BEING MURDERED OFF BY CONFLICTS STARTED BY JEWS TO BEGIN WITH - THE U.S. WHITE HOUSE IS TOTALLY INFESTED WITH COMMUNIST JEWS - IT'S A FUCKING JEW TERRORIST RAT INFESTATION OF AMERICA.

**JEWS ARE MURDERING, MANIPULATIVE TERRORISTS THAT ARE KILLING YOU AND STEALING ALL OF YOUR POSSESSIONS**, LAND, AND ALL ASSETS While Surreptitiously GETTING EUROPEANS AND EURO-AMERICANS TO KILL EACH OTHER IN GLOBAL JEW CREATED CONFLICTS WITH HELP FROM THE COMMUNIST JEW SUBVERTED WHITE HOUSE. **YOU HAVE TO KILL THESE GODDAMN TERRORIST JEWS - YOU HAVE TO ACTUALLY KILL THEM**, AS IN DEAD, DEAD, AND DEAD LIKE THE KIKE TERRORIST ANIMALS THEY ARE.

AMERICAN JEWISH INDUCED HOLOCAUST OF Euro-AMERICANS is ongoing and continuel, call it constant...from racist Jew, Euro-American DNA genociding **TERRORIST JEW 💀🔯 ALEJANDRO 💀 MAYORKAS🔯💀** AS PART OF THE RACIAL REPLACEMENT, **JEWISH EXTERMINATION OF EUROPEANS WHICH IS AN ACTIVE GLOBAL TERRORIST ATTACK OF EUROPEAN DNA WHICH INCLUDES EURO-AMERICANS.**

🥆🎇🥆🎇🥆 **Put a bullet into communist, Jew terrorist Alejando Mayorka's head and get it over with. Communist, terrorist, Jew Alejandro Mayorkas is a faggot, boy raping, racist, Jew terrorist. Americans are sick of kike terrorists in America and we want you all**

🔪💥🔪💥🔪 Put a bullet into communist, Jew terrorist Alejando Mayorka's head and get it over with. Communist, terrorist, Jew Alejandro Mayorkas is a faggot, boy raping, racist, Jew terrorist. Americans are sick of kike terrorists in America and we want you all very fucking dead - terrorist, communist, subvert vermin - holocaust lying, inbred DNA faggot, boy raping nigger Jew and yes terrorist, communist kike, I am calling for the open assassinaton of your fucking brains - KIKE TERRORIST JEW, HOLOCAUST LIAR!!! SOCOM, SNIPE THAT FUCKING KIKE NIGGER'S HEAD OFF!!! HE'S AN OBVIOUS, COMMUNIST, TERRORIST JEW KIKE PARASITE!!! 🔪💥🔪💥🔪

I'd love nothing more than to stab your Jew DNA nigger ass to death Alejandro Mayorkas - terrorist Jew nigger pedo-boy raping Jew faggot! Jews holocausted Germans and Jews continually holocaust Americans, because of communist Jews such as yourself.

☠️-:-🐝

☠️ Space Rabbis to Mayorkas:- `☠️

Kike faggot boy Mayorkas - you are not Ashkenazi now, you never have been, and you never will be Ashkenazi - period. That means you are not Jewish you fucking dumb nigger; you can only claim real Jewish training through a proper DNA chain - FAKE JEW NIGGER ALEJANDRO MAYORKAS - RACIST ANTI-AMERICAN JEW BORDER TERRORIST - HEIL HITLER BOY RAPING FAGGOT MAYORKAS.

☠️-:-🐝

Alejandro Mayorkas TERRORIST JEW - Fake ashkeNazi DNA nigger, you are a terrorist piece of shit and I want to kill you, I really want to just kill you - then kick your fucking Jew DNA pedo-hom0-Jew nigger corpse around - split open your skull and kick your dumb nigger brain around, play street soccer with your dumb kike nigger brain that doesn't have any concept of co-existing with other races - you are just a communist, DNA nigger Jew that everyone wants dead, you racist, anti-American, anti-European piece of shit, we all talk, and we all want your kike asses dead, dead, with only dead 👽💥

THE JEWISH RACE GENOCIDE OF EUROPEANS AND EURO-AMERICANS. YOU ARE NEXT AFRICAN AMERICANS - LOOK AT THE RACIAL TARGETS OF JEWISH TERRORIST BIO WARFARE KOSHER COVID 19 - IT'S THE JEWS - WAKE UP AND LOOK AROUND YOU FOOLS!!!

JEWS ARE THE HOLOCAUSTERS!!! ESPECIALLY OF AMERICANS!!! - WHY ARE THERE JEWISH HOLOCAUST CRIMINAL DENIAL LAWS ALL OVER EUROPE INCLUDING KIKE RUN RUSSIA?

JEWISH HOLOCAUST CRIMINAL DENIAL LAWS ALL OVER EUROPE INCLUDING KIKE RUN RUSSIA?

*JEWS ARE THE HOLOCAUSTERS!!! ESPECIALLY OF AMERICANS!!! - WHY ARE THERE JEWISH HOLOCAUST CRIMINAL DENIAL LAWS ALL OVER EUROPE INCLUDING KIKE RUN RUSSIA?*

**JEWS ARE THE HOLOCAUSTERS!!! ESPECIALLY OF AMERICANS!!! - WHY ARE THERE JEWISH HOLOCAUST CRIMINAL DENIAL LAWS ALL OVER EUROPE INCLUDING KIKE RUN RUSSIA?**

**JEWS ARE THE LYING, WELL POISONING, HOLOCAUSTERS!!!** ESPECIALLY OF AMERICANS!!! - ALL JEWISH HOLOCAUST MUSEUMS NEED TO BE REMOVED.

**JEWISH HOLOCAUST MUSEUMS ARE STRUCTURES OF COMMUNIST SUBVERSION TO LET YOU KNOW YOU HAVE BEEN SUBVERTED BY JEWISH, TERRORIST LIARS that kill you and steal your property actively.**

**⚡ JEWS do this to Americans from the inside out with hom0-pedo-Jewish terrorist, media mind attacks. These are ashkeNAZI Jewish attacks on America from the outside in of America and inside out - it is a total infestation of communist terrorist Jew, parasite, cockroaches.**

**America does not want mind media Jew filth and destroyed finances and American economy, Jews have to be remvoed! Jews globally speaking have to be removed, killed off entirely before ashkeNazi Jews kill off all the Euro-Americans and Europeans, there won't be anyone left to protect homo-sapiens from hom0sexual ashkeNAZI pedohile-Jews⚡**

**⚡-=truth or die...all day RACIST Jewish terrorists=-⚡**

🇺🇸 .

🇺🇸 ♦ **Stop being coward pacifists, or communist Jews are going to kill you and your entire bloodline - you are not a Jew or part of the Jewish Kalergi Plan ♦**
🇺🇸

 The ashkeNAZI Connection - X - @ashkeNAZI_Covid_Connection ...
Oct 12th 2024 · 🌎 · 💊 Red Pill · Edited

**🏴‍☠️BORED ON A SATURDAY NIGHT SELF DEFENSE JEW KILLIN...🏴‍☠️**

**Pray for the Defensive Death of ALL ashkeNAZI pedo-Jews, starting with ALEJANDRO MAYORKAS 🐸**

**- 💩🌈ALEJANDRO MAYORKAS🌈💩 KIKE BOY PEDO-FAGGOT COMMUNIST, FAKE JEWISH, TERRORIST - STEP DOWN JEW KIKE RACIST TERRORIST, YOU HAVE TO BE KILLED YOU AMERICAN BORDER HOLOCAUSTING COMMUNIST KIKE - TERRORIST PEDO-FAGGOT - AMERICA AND AMERICANS, STOP LETTING FAGGOT KIKES TELL YOU WHAT TO DO WHILE KILLING YOU! THESE ARE FAGGOT HOMO-PEDO-JEWS YOU FOOLS, JEWS ARE AMERICA'S ENEMY YOU DUMB GOYS!**

**- HOW MANY TIMES DO PEOPLE HAVE TO BE TOLD TO KILL TERRORISTS WITHIN AMERICA'S BORDERS??? THESE ARE GODDAMN COMMUNIST, TERRORIST JEWS THAT HOLOCAUST AMERICANS WITH BULLSHIT LIKE WARS AND COVID 19 BULLSHIT THAT ASHKENAZI JEWS ARE IMMUNE TO - YOU ARE OPENLY BEING MURDERED BY COMMUNIST JEWS WITHIN THE UNITED STATES GOVERNMENT UP TO THE U.S. WHITE HOUSE - WAKE THE FUCK UP IDIOTS AND START KILLING THESE TERRORIST PIECES OF SHIT INSTEAD OF FAGGOT KIKE NIGGER CAPITULATING TO KIKES!!!**

**- WHAT THE FUCK IS YOUR PRAYER OF CHILD KILLING PEDOS CANDACE? LET'S HEAR IT - NOW LET'S REVIEW SOME FOOTAGE IN LEBANON THAT HAS TO BE WATCHED IN BLACK AND WHITE OR YOU'LL BE FUCKED UP FOR SHOCK. Jews use all technology to torture, kill remotely, for global terrorism control which is global Jewry .. Candace, I pray you wake up and pray for total death of Jewry - IT IS TERRORIST TRAINING OVER ASHKENAZI DNA - I GREW UP AROUND JEWS - WAKE THE FUCK UP - I WORKED IN ISRAEL, I' PLACED MY HAND ON THE SHIT STAINED WAILING WALL WHILE WEARING A YARMULKE - I WAS TOTALLY MOBBED UP IN THE Ashkenazi mafia, I grew up as a kid working for a Jew, trust me . . . I know Jew. I've mapped every conceivable aspect of their spirit travels and how they evolve .. I know Jew - I know ashkeNAZI - I know ashkeNAZI and I know monk liquid black consciousness - I've been summoned by it ... SO WTF AM I TALKING ABOUT LIQUID BLACK CONSCIOUSNESS COLLECTIVE - BECAUSE - NAME THE FUCKIN JEW AND YOU'LL LEARN ABOUT DIFFERENT VERSES, DIMENSIONS - EVERYTHING - ET'S SHOW YOU EVERYTHING, BUT YOU HAVE TO BE WILLING TO DIE FOR IT.**

**I spent 3 says straight dying over and over from Jews holocausting Americans with Covid 19 depopulation terrorism that Jews are immune to. WAKE UP CATTLE, WAKE UP AMERICANS, YOU HAVE BEEN SUBVERTED BY TERRORIST COMMUNIST JEWS THAT ARE HOLOCAUSTING**

I spent 3 says straight dying over and over from Jews holocausting Americans with Covid 19 depopulation terrorism that Jews are immune to. WAKE UP CATTLE, WAKE UP AMERICANS, YOU HAVE BEEN SUBVERTED BY TERRORIST COMMUNIST JEWS THAT ARE HOLOCAUSTING AMERICANS ACTIVELY WITH BULLSHIT LIKE ALEJANDRO MAYORKAS JEWISH, COMMUNIST, BORDER TERRORISM - IT'S THE JEWS STUPID!

I'm going to fart fire this off as free writing Candace,

The slaughtering of Palestinians by Jews has been going on for decades, I worked in Israel, trust me. These Israelis murder Americans regularly. ashkeNAZI Jews holocaust Americans - hello, WW1, WW2, covid 19 that ashkeNAZI Jews are immune to, but harms everyone else except for the Finnish. The Finnish, a group of Europeans that ashkeNAZI Jews will DNA harvest and do whatever sick nigger shit that kikes do behind closed doors with DNA - you do not want to know. Jews will torture E.T.s to death to just see what happens. Jews are not humans; these are inbred, mentally ill vermin, holocaust lying terrorists. Jews lie, lie, and Jews lie some more` never listen to lying kike communists such as slow tranny -(Communist Jew jab terrorist Ben Shapiro with his Mossad nigger desitization tranny video meant as the Jewish bait and switch for tranny poison into your children's minds.

🌈🇮🇱🔯Jews are eternal mind poison - these kike Jew faggots even ruin the icon of rainbows - I hope you understand`, ASHKENAZI JEWS ARE CONCEPT MIND POISON - JEWS WILL CORRUPT YOUR MIND ON PURPOSE SO AS TO CONTROL AND KILL YOU WHILE STEALING YOUR FUKIN SHIT🔯🇮🇱🌈

Jews do not know how to think, exist, or operate as normal functioning organisms - they are too mentally inbred ill)- poison kikes such as Ben Shapiro, that kike pushed covid19 Jewish nigger terrorism aka Jew communism, while Ben Shapiro was racially immune to any and all aspects of covid 19 Jewish terrorism for the goyim. The dumb Americans that die for Jewish lies, but not for the real America. Veterans and others need to openly kill these terrorist kikes in self defense and defense of others.

Israelis use Palestinian PREGNANT WOMEN AND KIDS for target practice and feed dying Palestinian kids to hungry dogs as their parents watch - try watching that as a U.S. service member - 🇺🇸TRUTH OR DIE KIKES🇺🇸 - dogs eat their Palestinian, still alive, dying, daughter WITH THE COMMIE KIKE SUBVERTED, TERRORIST U.S. WHITE HOUSE BEING FULLY AWARE :- 🇮🇱 GODDAMN YOU FAKE TERRORIST U.S. PRESIDENTS - FAKE PEDO-PRESIDENTS🇮🇱, JEW PUPPET TERRORISTS, U.S. CITIZEN MURDERS FOR KIKES. AMERICAN MURDERING KIKE PUPPET SCUM, FUCK YOU ALL🇮🇱 -: 🇺🇸

Mexicans were murdered by ashkeNAZI Jews working out of the U.S. White House and yes, THE U.S. WHITE HOUSE ASSISTED IN MURDERING MEXICANS FOR A FAKE PRESIDENTIAL POSITION

**Mexicans were murdered by ashkeNAZI Jews working out of the U.S. White House and yes, THE U.S. WHITE HOUSE ASSISTED IN MURDERING MEXICANS FOR A FAKE PRESIDENTIAL POSITION STOLEN IN MEXICO BY JEWISH SHIKSA WHORE BITCH TERRORIST FAKE JEW CUNT, CLAUDIA SHEINBALM.**

**🇲🇽🇲🇽🇲🇽YOU MEXICANS HAD BETTER 🔪 KILL 🔪 THAT KIKE BITCH 🔯Claudia Sheinbalm🔯 TERRORIST WHORE OR SHE WILL ONLY WORK TO KILL OFF MORE MEXICANS FOR CONTROL (🇮🇱 JEWISH MENTAL ILLNESS BEHAVIOR🇮🇱) AND MAKE YOUR LIVES EVEN MORE MISERABLE THAN WHAT GLOBAL JEWRY HAS ALREADY CAUSED.**

**🇲🇽Terrorist, inbred, homosexual ashkeNAZI pedophile Jews have caused --- A STATE OF EARTH MISERY WITH UGLY KIKE DNA HOMO-PEDO INBRED DNA NIGGER FACES TO LOOK AT - YOU KIKES ARE UGLY AESTHETICALLY AND SPIRITUALLY, YOU JEWS ARE NOT HUMANS -`🇲🇽**

**🔯JEWS ARE SUB-HUMAN HOMO-PEDO TERRORIST ANIMALS INCAPABLE OF CO-EXISTING WITH OTHERS🔯**

**THE SAME HAS HAPPENED TO YOU AMERICANS - IRAQ SNIPER JUBA - JEWBA - JEW - YES, JEWS SEND AMERICANS OVERSEAS IN FAKE WARS AND CONFLICTS, THEN KILL AMERICANS TO KEEP THE WAR MACHINE, EUROPEAN DNA DEPOPULATION AGENDA GOING.**

**AMERICA WE ARE THE LAST LINE OF DEFENSE AND WE ARE TOTALLY INFESED WITH KIKE TERRORISM - THESE JEWS MUST BE KILLED, THE HOLOCAUST MUSEUMS IN AMERICA ARE FAKE - JEWS HOLOCAUSTED AMERICANS AND GERMANS, GERMANS NEVER HOLOCAUSTED JEWS - WE HAVE BEEN SUBVERTED BY TERRORIST JEWISH PARASITES THAT USE ADVANCED TECHNOLOGY ACQUIRED THOUGH WELL POISONING AND GLOBAL THIEVERY.**

Juden, Jewry, ashkeNazis will never pray for you other than to **rape dismember you kids** the way Jews are sexually dismembering European kids in Ukraine. Jews rape and kill all kids except "Jewish" kids in America and the world over, yes, Jews murder American kids for power, it's Jewish mental illness.

Global Sexual Murder Industry of Children is a GLBOAL ASHKENAZI JEWISH BUSINESS - JEWS ARE IN THE BUSINESS OF RAPING KIDS TO DEATH WHILE DISMEMBERING THEM - ONLY GOYIM KIDS - NO JEWISH KIDS - EXPOSE THIS - MY FRIEND TRIED IT ALONE AND GOT SHOT AFTER EXPOSING THE CLINTON FOUNDATION BEING INVOLVED IN CHILD TRAFFICKING - *NOW LISTEN PLEASE...*

***TRAFFICKED KIDS (by Jews)* DO NOT LIVE:**

THESE NON-JEW GOYIM KIDS ARE RAPED TO DEATH OR RAPED UNTIL THEIR ORGANS ARE HARVESTED BY GLOBAL JEWRY'S CHILD TRAFFICKING NETWORK OF ISRAELIS AND OTHER SICK

THESE NON-JEW GOYIM KIDS ARE RAPED TO DEATH OR RAPED UNTIL THEIR ORGANS ARE HARVESTED BY GLOBAL JEWRY'S CHILD TRAFFICKING NETWORK OF ISRAELIS AND OTHER SICK PIECES OF RAPE SHIT SUCH AS THE FAKE PRESIDENT TERRORISTS WE HAVE IN THE JEW COMMIE, TERRORIST SUBVERTED U.S. WHITE HOUSE THAT HELPED WITH THE TERRORIST ATTACK ON 9/11. GEORGE W. BUSH WAS IN ON 9/11 AND IS A PEDO-RAPIST OF BOYS - YES, THAT IS MURDER OF AMERICANS GEORGE W. BUSH WHO DOES NOT GIVE A FUCK ABOUT THE U.S. MILITARY OR U.S. CITIZENS, SAME AS AMERICAN CHILD RAPIST PEDO-TRUMP AND COMMIE MURDER OF U.S. CITIZENS KAMALA HARRIS - THESE ARE ALL COMMUNIST TERRORIST FAKE PRESIDENTS AND POLITICIANS THAT HOLOCAUST AMERICANS ON BEHALF OF GLOBAL JEWRY - JUDEN - JEWS - Homosexual ashkeNAZI pedophile-Jews

I pray for the death of all Juden, that's a great prayer . .. \ovenus

connecting...

Darling Candace, you can be killed and tortured by Juden as I have been , or wake up and call for the killing of the enemies that no matter what; forever, you will always be a goy. I grew up around Jewish culture, including Bah mitzvah's etc. and you have to understand Jewry's global objective and how global Jewry thinks. ***Intergalactic, planetary*** \o -=- Juden plan is to kill all of you on Earth that are not Ashkenazi, then leave in a big:

**🚀🛸=-Terrorist Jewish 🔯🚢Noah's Ark DNA Nigger Evacuation🚢🔯 + Some DNA Nigger Slaves ➕-=🛸🚀**

🌀We must seize the E.T. technology from Jews - period, it's totally out of control - Dr. Greer🌌

Jews are now and in the future will use planets and people as a resource or terrorism control, as ashkeNAZI Jewish, planatary vamires - which is all Jewry is or ever has been.

Candace, they want you dead, you are only alive because of inconvenience on Jewry's end. Your only prayer to Jews should be to exterminate them before Jews exterminate all of us - it's an obvious do or die, look at the asset stripping of America - look at the difference in thread count for bed sheets for Americans and price, we now get half the threads at the same cost or higher **(that alone should be the death penalty, I'm not kidding - fucking with a nigger's thread count will get you killed in the middle of the night - kikes)**, because ashkeNAZI Jews are destroying America. Which includes Jews holocausting American citizens in communist, terrorist, started Jewish wars and conflicts.

**Rothschild banking crime mafia have to be killed off already, you pussies have to actually put in some work - talk to Snoop, talk to turbo nigger gangsters that I grew up around.**

Candace, we have to stay aggressive, diligent, and get out of the faggot ass mindset of wanting

Candace, we have to stay aggressive, diligent, and get out of the faggot ass mindset of wanting anything other than total death for global Jewry - you're gonna die as Germans did, because Adolf Hiter didn't like the idea of shooting Jewish kids in their faces, Jews kill children almost daily - hello Candace - you will die with that mind.

If you enjoy surviving I'd recommend talking about praying for the eternal death of hom0sexual ashkeNAZI pedophile, child sex dismembering JEWS ..!!

**PRAY FOR THE DEATH OF ALL JEWS**, BECAUSE THAT'S WHAT JEWS WANT FOR YOU - THEY ARE A TERRORIST TRIBE OF RACISTS LIVING IN AMERICAN ON HOLOCAUST LIES AS JEWS CONTINUE TO HOLOCAUST AMERICANS.

🔥🔥***LEGALLY BURN DOWN ALL SYNAGOGUES***🔥🇺🇸🔥

🇺🇸🔥***LEGALLY BURN DOWN ALL JEWISH DAY CARE CENTERS***🔥

🔥🔥***LEGALLY BURN DOWN ALL JEWISH COLLEGES***🔥🇺🇸🔥

🇺🇸🔥***LEGALLY BURN DOWN ALL JEWISH COMMUNITY CENTERS***🔥

⚡⚡REMOVE ALL JEWISH SOCIAL NETWORKS GLOBALLY - THEY ARE NOTHING MORE THAN ODIGO TERRORIST PLATFORMS⚡⚡

🔥🔥 YOUR FAKE U.S. PRESIDENTS ARE MURDERERS OF AMERICANS AND HATE YOU THE AMERICAN PEOPLE, NEVER FORGET THE KIKE COMMUNIST COVID 19 TERRORIST DONE TO AMERICA BY ASHKENAZI JEWS 🔥🔥

See the above Candace, that is how you get free from ashkeNAZIs, not playing both sides of a Jewish nigger money coin, we need goddamn momentum - not ingrained slave nigger mindsets that pray for terrorists that want you dead .. let's hear your prayer and compare it to Jews - RABBIS WILL TELL YOU THAT THEY DO NOT LOOK THE OTHER WAY - RABBIS DO NOT TURN THE OTHER CHEEK - RABBIS KILL YOU CANDACE AND HARVEST YOUR ORGANS THEN TAKE WHAT IS LEFT AND THROW THE REMANTS INTO MEAT FACTORIES OR THE REMNANTS OF SEXUALLY DISMEMBERED GOYIM CHILDREN GET FED TO ANIMALS, YES, JEWS TO THIS TO PALESTINIANS...

YES, JEWS TO THAT TO PALESTINIANS AND AMERICANS - WAKE UP ALREADY, WE HAVE JEWS AND ISRAELIS IN AMERICA RIGHT NOW, AS I WRITE THIS THAT HAVE KILLED AMERICANS AND ARE WORKING 100% ON AMERICAN SOIL TO DESTROY AMERICA AND KILL US...

.

Your Nigger Pal,

-=-Nigger💥Master-=- Truth or Die as usual - women in the kitchen - you are not designed for real global shot calling - it's obvious, unless you want to die to invisible kike terrorism -

**💉.💉. spike 💉.💉. protein 💉.💉. shedding 💉. 💉.💉.**

[   WAR   ] You have to kill in self defense that which is killing you Americans, which is Jewry, Juden, Jews - ashkeNAZI DNA - YOU AMERICANS ARE BEING HOLOCAUSTED CONTINUALLY AND AS I WRITE THIS BECAUSE OF JEWISH, COMMUNIST, TERRORIST THAT LIVE IN AMERICA. THESE ARE GODDAMN GLOBAL JEWISH TERRORISTS, INCLUDING THAT SHIKSA WHORE FAKE JEW CUNT CLAUDIA SHEINBAUM - DUMB BITCH FAKE, MEXICAN MURDERING FOR POLITICAL POSITION JEW KIKE WHORE!!! THESE KIKES ARE DESTROYING AMERICA AND HAVE BEEN BORDER ATTACKING AMERICA FROM WITHIN AMERICA AND OUTSIDE AMERICA FOR DECADES!!! IT'S THE COMMUNIST JEWS!!!

COMMUNISM = JUDAISM

JUDAISM=COMMUNISM

COMMUNISM = TERRORISM

TERRORISM = JUDAISM

🇮🇱✡️JUDAISM=TERRORISM✡️🇮🇱

KILL kill /kill all ashkeNAZI dna`

THE MEXICAN ELECTION WAS STOLEN IN TYPICAL homo-ashkeNAZI pedo-Rothschild CIA FASHION - I WORKED FOR CIA FOR AWHILE, AMERICAN ELECTIONS ARE 100% RIGGED, IT'S ALL BULLSHIT POLITICAL THEATER WHILE JEWS HOLOCAUST AMERICANS - **YOU HAVE TO KILL YOUR COMMUNIST, JEWISH, INFESTATION IN AMERICA** - IT'S TOTALLY OUT OF CONTROL - JEWS HAVE TO BE KILLED - PERIOD - END OF STORY - IT'S NON-FUKIN NEGOTIABLE - ANY OTHER DISCUSSION AND YOU SERIOUSLY NEED TO BE KILLED, BECAUSE YOU'RE A VAXX BRAINED PASSIFIED FAGGOT THAT IS PROBABLY COMPROMISED SAME AS PEDO-BOY RAPIST GEORGE W. BUSH AND DONALD J. TRUMPSTEIN - THE TERRORIST PIECES OF SHIT FAKE PRESIDENTS THAT HELPED WITH THE ISRAELI, JEWISH ATTACK ON AMERICA ON 9/11 --- HELLO??? ISRAEL DID 9/11 WITH THE U.S. WHITE HOUSE - ARE JEWS NOT YOUR ENEMY CANDACE? WTF ARE YOU PRAYING FOR? IT'S A CABAL OF SATANIC PEDO-RAPIST OF AMERICAN KIDS THAT WANT YOU DEAD - GOD WAKE UP AMERICA!!!

TO BE KILLED - PERIOD - END OF STORY - IT'S NON-FUKIN NEGOTIABLE - ANY OTHER DISCUSSION AND YOU SERIOUSLY NEED TO BE KILLED, BECAUSE YOU'RE A VAXX BRAINED PASSIFIED FAGGOT THAT IS PROBABLY COMPROMISED SAME AS PEDO-BOY RAPIST GEORGE W. BUSH AND DONALD J. TRUMPSTEIN - THE TERRORIST PIECES OF SHIT FAKE PRESIDENTS THAT HELPED WITH THE ISRAELI, JEWISH ATTACK ON AMERICA ON 9/11 --- HELLO??? ISRAEL DID 9/11 WITH THE U.S. WHITE HOUSE - ARE JEWS NOT YOUR ENEMY CANDACE? WTF ARE YOU PRAYING FOR? IT'S A CABAL OF SATANIC PEDO-RAPIST OF AMERICAN KIDS THAT WANT YOU DEAD - GOD WAKE UP AMERICA!!!

Pedo-boy raping of American children Donald J. Trump knows that Israel and the U.S. White House did 9/11, let that sink in idiots like Shawn Ryan; JewTube faggot butt boy for terrorist murdering of Amercans Jew jabber death vaxxer for Jews - DONALD J. PEDO-TRUMPSTEIN - FAGGOT DNA NIGGER SELLOUT TO ASHKENAZI JEWS - BITCH NIGGER TRUMP, YOU HAD TO HOOK STEAL SHAWN RYAN HUH KIKE PUPPET PEDO DONALD TRUMP ✈

Now, for the real niggers some of whom I grew up around. You have to get rid of any and all Jewish infrastructure, it's a communist infestation of consciousness hijacking mind control, hom0-Jew grooming in JewTube advertising etc.

NEVER FORGET THAT HOM0SEXUALITY IS JEWISH TERRORISM FOR YOUR DNA - YOUR DNA HAS A HISTORY AND IT IS IMPORTANT THAT YOU DO NOT BE A FAGGOT THE WAY JEWISH TERRORISTS WANT YOU TO BE A FEMININE FAGGOT SO YOU DO NOT FIGHT AGAINST JEWISH TERRORISTS!

REJECT HOM0SEXUAL JEWISH TERRORISM, AGAIN - HOM0SEXUALITY IS JEWISH NIGGER INBRED FILTH BEING PUSHED TO YOU. JEWS SEXUALLY HARASS AMERICA AND OTHER COUNTRIES BY PUSHING MEN KISSING FAGGOTRY AND OTHER DISGUSTING SHIT, TO DEPRAVE YOU, TO CONTROL YOU, TO DEBASE YOU, TO DISRESPECT YOUR ANCESTORS THAT PAY ATTENTION TO WTF YOU DO.

BUTTFUCKING SHIT ASSHOLE AFFINITY IS JEWISH MENTAL ILLNESS.

HOM0SEXUALITY IS ASHKENAZI JEWISH

PEDOPHILIA IS ASHKENAZI JEWISH

**JEWS ARE HOM0SEXUAL PEDOPHILE TERRORISTS - IT'S THE JEWS, IT'S THE JEWS, IT'S THE UN-EVOLVED FAGGOT ASS KIKE NIGGER DNA FILTH JEWS, JEWS, JEWS!!!**

The ashkeNAZI Connection - X - @ashkeNAZI_Covid_Connection ...
Oct 16th 2024 · · 💊 Red Pill · Edited

**Homosexual ashkeNAZI pedophile JEWS HOLOCAUST AMERICANS regularly - THE JEWISH HOLOCAUST IS 100% A LIE, A JEWISH, PARASITE, TERRORIST, LIE - TRUTH OR DIE KIKES - CONDITION 1 - LET'S GO - TRUTH OR DIE DNA NIGGER VERMIN.**

**SHORT LIST OF RACIST, COMMUNIST, PEDO-HOMO-JEWISH ATTACKS ON EUROPEANS AND AMERICANS - PEOPLE OF EUROPEAN DESCENT - JEWS ARE RACISTS AND WANT EURO-AMERICANS AND EUROPEANS DEAD - ANYONE WITH EUROPEAN DNA, ESPECIALLY AMERICANS - JEWS KILL AMERICANS REGULARLY OVERSEAS AND ON U.S. SOIL.**

**ISRAEL DID 9/11 WITH THE U.S. WHITE HOUSE - TAKE THE WHITE HOUSE BACK FROM PEDOPHILE, AMERICAN MURDERING FAKE PRESIDENTS - U.S. PRESIDENTS ARE NOTHING MORE THAN TERRORIST JEW PUPPET PEDOPHILES AND MURDERS OF AMERICANS FOR JEW BANKER ROTHSCHILDS AND JEW TERRORIST PEDO GANG. JEWS CONTINUE TO KILL AMERICANS OVERSEAS - IT'S A JEWISH WAR CONFLICT SCAM TO KEEP YOU DISTRACTED FROM THE TRUTH.**

**☠️-=YOU NEED TO KILL JEWS IN ORDER TO SURVIVE=-☠️**

**USS Liberty**
**9/11**
**WW1**
**WW2**

**Racist, Jewish, border invasion of America and Europe:**

**All being done by asheNAZI Jews and their terrorist sayanim from within the U.S. White House** which is nothing more than a communist, terrorist, ashkeNAZI Jew terrorist subverted shit hole - your presidents are your global terrorists that are killing Americans with known deadly injections care of ashkeNAZI Jews such as the Rothschild banking crime mafia.

All of these terrorist Jews need to be killed in self defense of America and the world over. That includes holocaust liar, deceiver, murderer of Americans though his Jewish censorship of loyal Americans such as myself trying to save them, not kill Americans on behalf of global Jewry.

**THE U.S. WHITE HOUSE IS TOTALLY INFESTED WITH COMMUNIST JEWS - JEWS HOLOCAUST AMERICANS - GERMANS NEVER HOLOCAUSTED JEWS - JEWS HOLOCAUSTED AMERICANS AND GERMANS IN A WAR STARTED BY ASHKENAZI JEWS!!!**

which is nothing more than a communist, terrorist, ashkeNAZI Jew terrorist subverted shit hole - your presidents are your global terrorists that are killing Americans with known deadly injections care of ashkeNAZI Jews such as the Rothschild banking crime mafia.

All of these terrorist Jews need to be killed in self defense of America and the world over. That includes holocaust liar, deceiver, murderer of Americans though his Jewish censorship of loyal Americans such as myself trying to save them, not kill Americans on behalf of global Jewry.

**THE U.S. WHITE HOUSE IS TOTALLY INFESTED WITH COMMUNIST JEWS - JEWS HOLOCAUST AMERICANS - GERMANS NEVER HOLOCAUSTED JEWS - JEWS HOLOCAUSTED AMERICANS AND GERMANS IN A WAR STARTED BY ASHKENAZI JEWS!!!**

**YOU HAVE BEEN KILLING EACH OTHER ON BEHALF OF GLOBAL TERRORIST COMMUNIST ASHKENAZI JEWS!**

**IT'S THE TERRORIST JEWS AND THEIR TECHNOLOGY THAT NEED TO BE COMPLETELY DESTROYED, ALL OF IT.**

**ATTN EXTRA-TERRESTRIALS:**

**I'M GOING TO FUCKING KILL YOU ALL - READ THIS - READ IT AGAIN - YOU'RE FUCKING DEAD NIGGERS -**

- YOU KEEP US DOWN ON EARTH TO BE TORTURED AND DEPOPULATED BY TERRORIST ASHKENAZI, ARROGANT, INBRED, DISGUSTING LOOKING, TERRORIST, HOMOSEXUAL, PEDOPHILE JEWS -
- THAT E.T.s is getting you hunted and killed for eternity and if I have my way - to start - all DNA in Milky Way galaxy will be removed - all known life - all of it - permananetly relocated .. remember assholes, I killed my entire family so I could kill off the entire universe - congratulations - you are piece of shit, worthless, nigger idiot E.T.s and you do not deserve your consciousness - you are scummy, lazy, nigger, faggot, bitch nigger DNA losers and your species, you, **your entire eco-systems need to be totally destroyed and your consciousness seized and discontinued...**

☼⚡☠

**DNA was a gift and you all fucked it all up, so - it's going away - you failed you die... forever`**

**KILL all extra-terrestrials, they do not deserve to exist, they are nothing more than scummy coward terrorists - not a single goddamn one of them, not one of those useless mother fuckers - not a single goddamn one left living - not a single goddamn one...**