UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

vs.   CASE NO. 3:24-cr-221-HES-MCR

NATHANIEL HOLMES

_____

**ORDER ON COMPETENCY**

On November 5, 2024, this Court entered an Order (Doc. No. 17) pursuant to 18 U.S.C. §§4241 and 4247, requiring that the defendant, **Nathaniel Holmes**, be committed to the custody of the Attorney General to undergo a competency evaluation to determine whether he is competent to stand trial.  The Court held a competency hearing on February 11, 2025. At the hearing, Lacie L. Biber, Psy. D. appeared via Zoom and was questioned regarding her February 3, 2025 report, which found Mr. Holmes incompetent to stand trial and testified as to Mr. Holmes's mental health. Mr. Coolican requested the Court adopt the report submitted by Dr. Biber.   Subsequently, the undersigned found that the defendant was not competent to stand trial and ordered **Nathaniel Holmes** committed to the Attorney General to undergo an additional period of evaluation and treatment at a Federal

1

Medical Treatment Center for a time not to exceed 120 days, in addition to a local examination by Dr. Alan J. Harris.

On April 2, 2025, an Unopposed Motion to Stay Order Committing Defendant to Attorney General was filed and granted (Docs. 32 and 33). The undersigned was informed that the scheduled status hearing to be held on April 8, 2025, would be a competency hearing. On April 8, 2025, the Court convened for a competency hearing, at which time Mr. Coolican and Ms. Sheldon announced no objections to the report submitted by Dr. Harris, finding the defendant competent to stand trial. Upon full review of Dr. Harris's report, the undersigned agreed.

Based upon the report, and in the absence of any contrary evidence, the Court finds by a preponderance of the evidence that **Nathaniel Holmes** is able to understand the nature and the consequences of the proceedings against him and to assist properly in the preparation and presentation of his defense. Accordingly, the Court concludes that **Nathaniel Holmes**, is competent to participate in all pretrial proceedings and to stand trial.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of April, 2025.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Harvey E. Schlesinger
United States District Judge
Assistant United States Attorney (Coolican/Milliron)
Federal Public Defender (Sheldon)