# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.  CASE NO: 3:24-cr-221-HES-MCR

**NATHANIEL JAMES HOLMES**

| **Judge** | Harvey E. Schlesinger | **Counsel for Government** | Michael Coolican Kelly Milliron |
|---|---|---|---|
| **Deputy Clerk** | Timothy Luksha | **Counsel for Defendant** | Scott Schmidt |
| **Court Reporter** | Heather Randall | **Pretrial/ Probation** | |
| **Date Time Total** | May 21, 2025 1:36 p.m. – 1:40 p.m. 4 minutes | **Interpreter** | |

## MINUTES OF STATUS CONFERENCE

Discussion regarding status of case.

Defendant shall notify the government whether they will use insanity at the time of the offense as a defense in the case by close of business on **June 30, 2025.**

Defendant moves to continue trial 60-days.

The Government has no objection to the continuance.

Ore Tenus Motion to continue trial is **GRANTED.**

Order to enter.

    **CASE RESET:**
    Status:                 **July 23, 2025 at 1:30 p.m.**
    Trial Term:       **August 4, 2025 at 9:30 a.m.**