UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　Case No.: 3:24-cr-221-HES-MCR

NATHANIEL JAMES HOLMES
_____

## NOTICE PURSUANT TO RULE 12.2(a) AND (b)

Undersigned counsel, on behalf of Mr. Nathaniel Holmes, hereby provides notice that pursuant to Federal Rule of Criminal Procedure 12.2(a), counsel for Mr. Holmes may assert a defense of insanity at the time of the alleged of offense. Pursuant to Federal Rule of Criminal Procedure 12.2(b), undersigned counsel may introduce expert evidence relating to a mental disease or defect or any other mental condition of Mr. Holmes bearing on the issue of guilt.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER, MDFL

*s/ Kathryn Sheldon, Esq.*
Kathryn Sheldon, Esq.
Florida Bar No. 1019538
Assistant Federal Defender
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone: (904) 232-3039
Fax: (904) 232-1937
Email: kathryn_sheldon@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic notification to Kelly Milliron, Office of the United States Attorney, this the 9th day of June 2025.

*s/ Kathryn Sheldon*
Kathryn Sheldon, Esq.
Assistant Federal Defender