UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                            CASE NO: 3:24-cr-221-HES-MCR

NATHANIEL JAMES HOLMES

| **Judge** | Harvey E. Schlesinger | **Counsel for Government** | Michael Coolican |
|---|---|---|---|
| **Deputy Clerk** | Timothy Luksha | **Counsel for Defendant** | Kathryn Sheldon |
| **Court Reporter** | Katharine Healey | **Pretrial/ Probation** | |
| **Date Time Total** | July 30, 2025<br>1:36 p.m. – 1:41 p.m.<br>5 minutes | **Interpreter** | |

## MINUTES OF STATUS CONFERENCE

Discussion regarding status of case.

Defendant moves to continue trial 60-days.

The Government has no objection to the continuance.

Ore Tenus Motion to continue trial is **GRANTED.**

Order to enter.

    **CASE RESET:**
    Status:              September 24, 2025 at 1:30 p.m.
    Trial Term:      October 6, 2025 at 9:30 a.m.