# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                           **CASE NO: 3:24-cr-221-HES-MCR**

**NATHANIEL JAMES HOLMES**

| **JUDGE** | Harvey E. Schlesinger | **COUNSEL FOR GOVERNMENT** | Frank Talbot |
|---|---|---|---|
| **DEPUTY CLERK** | Timothy Luksha | **COUNSEL FOR DEFENDANT** | Kathryn Sheldon |
| **COURT REPORTER** | Heather Randal | **PRETRIAL/ PROBATION** | |
| **DATE TIME TOTAL** | September 24, 2025<br>1:40 p.m. – 1:44 p.m.<br>4 minutes | **Interpreter** | |

## MINUTES OF STATUS CONFERENCE

Discussion regarding status of case.

Parties agree to a stipulated bench trial.

Stipulated Bench Trial set for **Wednesday, October 8, 2025 at 1:30 p.m.**