UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 3:24-cr-221-HES-MCR

NATHANIEL JAMES HOLMES
_____/

ORDER

Based on 28 U.S.C. § 455(a) and my statement in court, I hereby recuse myself from this matter and direct the Clerk to reassign this case under the standard assignment procedures.

DONE AND ORDERED at Jacksonville, Florida, this 8th day of October, 2025.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Kelly Milliron, Esq.
Michael Coolican, Esq.
Kathryn Sheldon, Esq.