**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:24-cr-221-HES-MCR |
| v. | |
| NATHANIEL JAMES HOLMES | |

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Michael Coolican | Kathryn Sheldon |

**HONORABLE HARVEY E. SCHLESINGER**
**SENIOR UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Courtroom Deputy: Jodi L. Wiles | Court Reporter: Katharine Healey |

**CLERK'S MINUTES**

**PROCEEDINGS OF:   BENCH TRIAL**

The Clerk of the Court is directed to file under seal the documents filed in open court, which were marked as Court's Exhibits 1-3.

Judge Schlesinger recused himself from any further proceedings in this matter.

**Order to enter.**

Date: October 8, 2025      Time: 1:28 p.m. – 1:45 p.m.      Total: 17 Minutes