UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA            CASE NO. 3:24-cr-221-BJD-MCR

v.

NATHANIEL JAMES HOLMES

<u>Counsel for Government</u>:            <u>Counsel for Defendant</u>:
Michael Coolican                      Kathryn Sheldon

HONORABLE BRIAN J. DAVIS
SENIOR UNITED STATES DISTRICT JUDGE

Courtroom Deputy: S. Woolbright      Court Reporter: Shelli Kozachenko

## CLERK'S MINUTES

**PROCEEDINGS OF: BENCH TRIAL**

Counsel for the defendant advised the Court that the defendant wishes to waive his right to a jury trial.

The defendant was placed under oath and questioned regarding the waiver of a jury trial.

The defendant elected to waive his right to a trial by jury.

**Order to enter**: Judgment of Acquittal and Order of Commitment for Psychiatric or Psychological Examination.

<u>**EXECUTED AND FILED IN OPEN COURT**</u>

1. Waiver of Right to Trial by Jury and request for specific finding of fact.
2. Stipulation of Fact (attachment sealed)

**DATE:** October 10, 2025
**TIME:** 1:30 p.m. – 1:48 p.m.
**TOTAL:** 18 minutes