FILED IN OPEN COURT

10-10-25

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:24-cr-221-HES-MCR

NATHANIEL JAMES HOLMES

## WAIVER OF RIGHT TO TRIAL BY JURY AND REQUEST FOR SPECIFIC FINDINGS OF FACT

I, Nathaniel James Holmes, the defendant in the above-captioned case, who is accused in Count One, Count Two, Count Three, and Count Four of the Indictment of knowingly transmitting in interstate commerce and foreign commerce a communication containing a threat to injure a person with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat in violation of 18 U.S.C. § 875(c), pursuant to Rule 23 of the Federal Rules of Criminal Procedure, hereby waive my right to a trial by a jury and request that a United States District Judge make specific findings of fact as to whether I am guilty or not guilty. I understand that I have a constitutional right to a jury trial and that by this waiver I will forever waive and give up that constitutional right in this case. I have consulted with my attorney regarding my rights and I am executing this waiver with full knowledge of my rights. I have not been threatened, forced, or coerced into executing this waiver and I do so freely and voluntarily.

I HEREBY WAIVE (give up) my right to a trial by jury.

_____     Date: October \_\_10th\_\_, 2025
Nathaniel James Holmes

_____
Kathryn Sheldon, Esq.
Attorney for Defendant

Consented to by United States:

_____
MICHAEL J. COOLICAN
Assistant United States Attorney

_____
KELLY S. MILLIRON
Assistant United States Attorney

Approved by Court:

_____
~~HARVEY E. SCHLESSIGNER~~
United States Senior Judge
BRIAN J. DAVIS

2