FILED IN OPEN COURT

10-10-25

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 3:24-cr-221-HES-MCR

NATHANIEL JAMES HOLMES

## STIPULATIONS OF FACT

The United States of America, through the undersigned Assistant United States Attorneys, the defendant, Nathaniel James Holmes, and counsel for the defendant, Kathryn Sheldon, Esq., enter into the following stipulations of fact:

In 2024, the defendant posted under the username "ashkeNAZI_Covid_Connection" on a certain social media site. Using violent language, the defendant's posts principally railed against Jewish people, but also certain elected officials and public figures. For example, on October 9, 2024, the defendant transmitted the following post addressed to a public figure who was identified in the indictment as VICTIM ONE:

> [VICTIM ONE], I literally woke up and started raging, pacing, - every thought in my mind is legally killing you and legally stabbing your kike nigger kids to death, so your little nigger kike kids can't kill more loyal Americans such as myself and all the Americans that you Jewish, communist, pedo-terrorists kill with weather technology attacks such as Hurricane Hebew [sic]. It's not impressive, it's just you look like little nigger idiots that don't know wtf they are doing, none of you fucking morons know what you are doing - at all, and all of you need to be legally removed from existence. You Jews are too far gone as far as what reality is actually supposed to be, you see, you kikes are inbred vermin so your world view is polluted by DNA nigger shit such as Jewish faggotry and

Jewish pedophilia - it's your shitty nigger DNA that has polluted Earth, and all of Earth's inhabitants...your sickened, inbred, DNA nigger filth. Jews do not know how to exist, at all, you are fucking animals, filthy, fucking, degenerate, well poisoning, animals. Israel did 9/11 with the Jew compromised White House. The U.S. White House needs to be cleansed of you terrorist kikes that are destroying America, killing Americans with terrorist attacks such as 9/11; again with a communist, hom0sexual ashkeNAZI, pedo-Jewish plague which has a long history of Jewish weather attacks on America FROM THE COMMUNIST SUBVERTED, TERRORIST SHIT HOLE U.S. WHITE HOUSE - facts, TRUTH OR DIE KIKES - LET'S PLAY [emoji]

On October 10, 2024, the defendant transmitted the following post (emphasis in original) addressed to an elected official and presidential candidate who was identified in the indictment as VICTIM TWO:

> TERRORIST MURDER OF AMERICANS [VICTIM TWO], <u>FAKE PRESIDENTIAL TERRORIST BITCH</u> --- YOU NEED TO BE HANGED LIKE THE NIGGER BITCH JEW HOLE WHORE TERRORIST CUNT THAT YOU ARE – YOU MURDERED AMERICANS FOR ASHKENAZI JEWS YOU FUCKING TERRORIST WHORE, COMMUNIST JEW PUPPET BITCH – JEWISH BLM RIOT INCITING MURDERING WHORE – PUPPET OF JEW MEDIA BITCH, MURDERER OF AMERICANS – FUCK YOU BITCH!!!!
>
> [VICTIM TWO] MURDERED AMERICANS THROUGH JEW MEDIA – [VICTIM TWO] IS A FUCKING JEW MARRIED TERRORIST, COMMUNIST PIECE OF SHIT THAT DOESN'T GIVE A FUCK ABOUT AMERICA – THE ONLY THING U.S. POLITICIANS CARE ABOUT IS NOT GETTING CAUGHT FOR TERRORIST TREASON AND SHOT IN YOUR NIGGER FACES BY LOYAL AMERICANS SUCH AS MYSELF

On October 11, 2024, the defendant transmitted the following post (emphasis in original) addressed to a cabinet secretary who was identified in the indictment as VICTIM THREE:

> Put a bullet into communist, Jew terrorist [VICTIM THREE]'s head and get it over with. Communist, terrorist, Jew [VICTIM THREE] is a faggot, boy raping, racist, Jew terrorist. Americans are sick of kike terrorists in America and we want you all very fucking dead - terrorist, communist, subvert vermin - holocaust lying, inbred DNA faggot, boy raping nigger Jew and yes terrorist, communist kike, I am calling for the open assassinaton [sic] of your fucking brains - KIKE TERRORIST JEW, HOLOCAUST LIAR!!! SOCOM, SNIPE THAT FUCKING KIKE NIGGER'S HEAD OFF!!! HE'S AN OBVIOUS, COMMUNIST, TERRORIST JEW KIKE PARASITE!!! :ak:[emoji]:ak: [emoji]:ak:
>
> I'd love nothing more than to stab your Jew DNA nigger ass to death [VICTIM THREE] - terrorist Jew nigger pedo-boy raping Jew faggot! Jews holocausted Germans and Jews continually holocaust Americans, because of communist Jews such as yourself.
>
> . . . .
>
> Kike faggot boy [VICTIM THREE] - you are not Ashkenazi now, you never have been, and you never will be Ashkenazi - period. That means you are not Jewish you fucking dumb nigger; you can only claim real Jewish training through a proper DNA chain - FAKE JEW NIGGER [VICTIM THREE] - RACIST ANTI-AMERICAN JEW BORDER TERRORIST - HEIL HITLER BOY RAPING FAGGOT [VICTIM THREE].

On October 16, 2024, the defendant transmitted the following post (emphasis in original) threatening to kill Jewish people and African Americans:

> All of these terrorist Jews need to be killed in self defense of America and the world over. That includes holocaust liar, deceiver, murderer of Americans through his Jewish censorship of loyal Americans such as myself trying to save them, not kill Americans on behalf of global Jewry.
>
> THE U.S. WHITE HOUSE IS TOTALLY INFESTED WITH COMMUNIST JEWS – JEWS HOLOCAUST AMERICANS – GERMANS NEVER HOLOCAUSTED JEWS – JEWS HOLOCAUSTED AMERICANS AND GERMANS IN A WAR STARTED BY ASHKENAZI JEWS!!!
>
> YOU HAVE BEEN KILLING EACH OTHER ON BEHALF OF GLOBAL TERRORIST COMMUNIST ASHKENAZI JEWS!

3

> IT'S THE TERRORIST JEWS AND THEIR TECHNOLOGY THAT NEED TO BE COMPLETELY DESTROYED, ALL OF IT.
>
> ATTN EXTRA-TERRESTRIALS:
>
> I'M GOING TO FUCKING KILL YOU ALL – READ THIS – READ IT AGAIN – YOU'RE FUCKING DEAD NIGGERS –

The above posts are illustrative of the hundreds of posts of a similar character that the defendant made using his ashkeNAZI_Covid_Connection account. The defendant posted each of these threats while at his home in Jacksonville, Florida, and the threats were transmitted in interstate commerce via the internet.

On November 1, 2024, with lawfully issued arrest and search warrants in hand, federal agents went to the defendant's home to arrest him and search his house. A standoff ensued. For over three hours, the defendant refused to surrender or exit his home. During that period, he spoke on the phone with an FBI negotiator and made statements regarding his posting to the social media site referenced above, discussed many of the same topics in the posts, and talked about his use of marijuana. Agents eventually subdued and arrested the defendant after deploying chemical munitions (i.e. gas) into his house.

Searching the home, agents located and lawfully seized, among other things, seven devices capable of connecting to the Internet (a tablet, computers, and smartphones); a small amount of marijuana, multiple containers from a marijuana dispensary, rolling papers, marijuana grinders, pipes, and marijuana gummies; six firearms (at least two of which were loaded); and over 11,000 rounds of ammunition.

4

The parties further stipulate and agree that the attached written reports from Dr. Mattew R. Opesso, Psy.D., M.Ed. and Dr. Alan J. Harris, Ph.D., respectively, each experts in the field of psychology, and each finding the defendant insane at the time of the offenses, shall be received by the Court on the issue of the defendant's sanity at the time of the offenses in lieu of testimony from Dr. Opesso or Dr. Harris. Neither party will present any evidence other than this stipulation and the attached written reports on the issue of the defendant's sanity at the time of the offenses. The Court may enter any such order as it deems appropriate.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

_/s/_____
MICHAEL J. COOLICAN
Assistant United States Attorney

_/s/ Kelly S. Milliron_
KELLY S. MILLIRON
Assistant United States Attorney

_/s/_____
NATHANIEL JAMES HOLMES
Defendant

_/s/ Kathryn E. Sheldon_
KATHRYN SHELDON
Attorney for Defendant

5