UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 3:24-cr-221-BJD-MCR

NATHANIEL HOLMES

_____/

## JUDGMENT OF ACQUITTAL AND ORDER OF COMMITTMENT FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION PURSUANT TO 18 U.S.C. §§ 4243(b), 4247(b)

This matter came before the Court on October 10, 2025 for a non-jury trial on the indictment charging Defendant Nathaniel Holmes with four counts of knowingly transmitting in interstate commerce and foreign commerce a communication containing a threat to injure the person of another with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat in violation of 18 U.S.C. § 875(c). The Court, incorporating by reference the evidence adduced and findings made on the record at the October 10, 2025 non-jury trial, finds Defendant not guilty only by reason of insanity. *See* 18 U.S.C. § 4243(b)(3). Accordingly, pursuant to 18 U.S.C. §§ 4243 and 4247, it is

**ORDERED:**

1.     Defendant is committed to the custody of the Attorney General or his duly authorized representative for placement in a suitable federal facility for a reasonable time, but not to exceed 45 days for a psychiatric or psychological examination to determine whether Defendant is suffering from a mental disease or

defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another. A licensed or certified psychiatrist or psychologist or, if deemed appropriate by the director of the facility, more than one such examiner, shall conduct the examination. The director of the facility may apply to this Court for a reasonable extension of time, but not to exceed 30 days, upon a showing of good cause that additional time is necessary to observe and evaluate Defendant.

2.    Upon completion of the examination, the examiner(s) shall promptly prepare a written report that specifically includes the following items:

    (1) the person's history and present symptoms;

    (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

    (3) the examiner's findings;

    (4) the examiner's opinion as to diagnosis, prognosis; and

    (5) whether the person is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another.

The report shall be furnished to the Honorable Brian J. Davis, United States District Judge, 300 N. Hogan Street, Suite 11-400, Jacksonville, Florida 32202, with copies to Kelly S. Milliron and Michael J. Coolican, Assistant United States Attorney, 300 N. Hogan Street, Suite 700, Jacksonville, Florida 32202, and to Kathryn Sheldon, Assistant Federal Defender, 200 W. Forsyth Street, Suite 1240, Jacksonville, Florida 32202.

2

3.    The United States Marshal for this District shall transport or make arrangements for the transport of Defendant to the designated federal facility for the purpose of the examination and, upon completion of the examination, the United States Marshal shall return or make arrangements for the return of Defendant to a detention facility near Jacksonville, Florida, if ordered by the Court.

4.    As required by 18 U.S.C. §§ 4243(c) and 4247(d), the undersigned intends to convene a dangerousness hearing within 40 days, with Defendant appearing via video conferencing from the suitable federal facility. The hearing date and time will be noticed separately.

5.    A copy of this Order shall be personally served on Defendant by the United States Marshal or his duly authorized representative.

**DONE AND ORDERED** at Jacksonville, Florida this $\underline{10}$ day of October, 2025.

_____
Brian J. Davis
United States District Judge

Copies to:
Assistant U.S. Attorney (Milliron/Coolican)
Assistant Federal Defender (Sheldon)
United States Marshals Service
Nathaniel James Holmes (via USMS)

3