

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P. O. Box 1600*
*Butner, North Carolina 27509*

October 30, 2025

The Honorable Brian J. Davis
United States District Judge
300 N. Hogan Street
Suite 11-400
Jacksonville, Florida 32202

RE: HOLMES, Nathaniel James
Register Number: 44680-511
Docket Number: 3:24-cr-221-BJD-MCR

Dear Judge Davis:

The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on October 30, 2025, pursuant to the provisions of Title 18, United States Code, Section 4243(b).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. We have calculated the evaluation period to end on December 13, 2025. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 <u>working days</u> of the end date.

Please be advised that we have limited PACER access and, therefore, request that <u>ALL</u> relevant court orders be emailed to <u>s1burroughs@bop.gov</u> and <u>BUH-PsychologySvcs-S@bop.gov</u> to ensure we are compliant with all court directives.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Stacey Burroughs, Health Services Assistant, at extension 6030.

Respectfully,

B. Lott, Acting Warden

cc:     Kelly S. Milliron/Michael Coolican, Assistant United States Attorney
        Kathryn E. Sheldon, Defense Attorney

EX. A