**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA             CASE NO. 3:24-cr-221-BJD-MCR

v.

NATHANIEL JAMES HOLMES

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Michael Coolican | Kathryn Sheldon |
| Kelly Milliron | |

**HONORABLE BRIAN J. DAVIS**
**SENIOR UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: S. Woolbright          Court Reporter: Shelli Kozachenko

**CLERK'S MINUTES**

**PROCEEDINGS OF: STATUS CONFERENCE**

The Court heard arguments on the case.

Dr. Grover placed under oath.

Due to the reasons stated on the record, including the complexities and administrative challenges involved in mental health evaluations, the Court set a hearing on Mr. Holmes's dangerousness for **December 19th, 2025, at 10:00 a.m.**

The Court is requiring the Bureau of Prisons, consistent with the statutory requirements, to submit a report concerning Mr. Holmes's dangerousness by that date.

**DATE:** November 19, 2025, **TIME:** 11:08 a.m. – 11:38 a.m.   **TOTAL:** 30 minutes