UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 3:24-cr-221-BJD-MCR

NATHANIEL JAMES HOLMES

### MOTION TO WITHDRAW

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to withdraw the name of Assistant United States Attorney Kelly S. Milliron in the above-styled cause.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  /s/ *Kelly S. Milliron*
KELLY S. MILLIRON
Assistant United States Attorney
Federal Bar No. 1018917
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: Kelly.Milliron@usdoj.gov

U.S. v. Nathaniel James Holmes   Case No. 3:24-cr-221-BJD-MCR

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

            */s/ Kelly S. Milliron*
            KELLY S. MILLIRON
            Assistant United States Attorney