## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

NATHANIEL JAMES HOLMES

CASE NO. 3:24-cr-221-BJD-MCR

Counsel for Government:
Michael Coolican

Counsel for Defendant:
Kathryn Sheldon

## HONORABLE BRIAN J. DAVIS
## SENIOR UNITED STATES DISTRICT JUDGE

Courtroom Deputy: S. Woolbright          Court Reporter:  Heather Randall

## CLERK'S MINUTES

**PROCEEDINGS OF:  STATUS HEARING pursuant to 18 U.S.C §4243**

Nathaniel Holmes appears telephonically.

The Court held a status conference regarding the development of a conditional release treatment plan following a finding of Not Guilty by Reason of Insanity and advised that further development of the treatment plan is required prior to release.

The hearing was continued to **January 20, 2026, at 3:00 p.m**., and the Court advised that if any issues arise before that date, the parties may submit them in writing for the Court's consideration.

**DATE**: January 6, 2026,      **TIME:** 3:02 p.m. – 3:42 p.m.  **Total:** 40 minutes