**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:24-cr-221-BJD-MCR |
| v. | |
| NATHANIEL JAMES HOLMES | |

<u>Counsel for Government</u>:
Michael Coolican

<u>Counsel for Defendant</u>:
Kathryn Sheldon

**HONORABLE BRIAN J. DAVIS**
**SENIOR UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: S. Woolbright    Court Reporter: Shelli Kozachenko
Probation: Molly Crawford

**CLERK'S MINUTES**

**PROCEEDINGS OF:** <u>STATUS HEARING</u>

The Court conducted a status hearing regarding defendant's release, mental health treatment, and medication compliance.

Nathaniel James Holmes appeared with counsel.

The United States, Customs and Border Protection agency and U.S. Probation were present.

The United States advised it intends to file a written motion to modify conditions of release.

NEXT HEARING: Status hearing set for March 10, 2026, at 2:00 p.m.

Order to enter.

**DATE**: February 3, 2026    **TIME:** 11:03 a.m. – 11:31 a.m.
**TOTAL:** 28 minutes